## STATE OF TEXAS
### CERTIFICATION OF VITAL RECORD

**DEPARTMENT OF STATE HEALTH SERVICES**
**VITAL STATISTICS UNIT**

FILE NO.: 153193-1995

NAME: HABIB OMOTOKUNBO OLAPADE

DATE OF BIRTH: 07/06/1995         SEX: MALE

PLACE OF BIRTH: HARRIS COUNTY, TEXAS

FATHER: KEEN OLAPADE         MOTHER: FAY AMANDA LEOW

DATE FILED: 07/31/1995 I


R006 51426

001084010

This is a true and correct abstract of the original record as recorded in this office. Issued under authority of Section 191.051, Health and Safety Code.

08/08/2017

ISSUED
BSO

TARA DAS
STATE REGISTRAR

WARNING: THIS DOCUMENT HAS A DARK BLUE BORDER AND A COLORED BACKGROUND
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Exhibit A