UNOFFICIAL STANFORD OFFICIAL TRANSCRIPT — PDF COPY ONLY



# STANFORD UNIVERSITY
## OFFICE OF THE UNIVERSITY REGISTRAR
### STANFORD, CA 94305-6032

**Name:** Olapade, Habib Omotokunbo
**Student ID:** 05892107

*Johanna Metzgar, Registrar*

In accordance with USC 438 (b) (4) (B) (The Family Educational Rights and Privacy Act of 1974), you are hereby notified that this information is provided upon the condition that you, your agents or employees will not permit any other party access to this record without consent of the student. Alteration of this transcript may be a criminal offense.

### 2015-2016 Autumn

| Course | | Title | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| HISTORY | 150A | COLONIAL AND REVOLUTIONARY AMERICA<br>Jonathan Gienapp | 5.00 | 5.00 | A |
| INTNLREL | 140A | INTERNATIONAL LAW AND INTERNATIONAL RELATIONS<br>P Lutomski | 5.00 | 5.00 | A |
| PHIL | 231 | TUTORIAL: THE HART-DWORKIN DEBATE IN THE PHILOSOPHY OF LAW<br>Kelvin Yang | 2.00 | 2.00 | S |
| POLISCI | 226U | APPROACHES TO AMERICAN LEGAL HISTORY<br>Jack Rakove | 5.00 | 5.00 | A |

### 2015-2016 Winter

| Course | | Title | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| HISTORY | 308F | LAW AND HUMANITIES WORKSHOP: HISTORY, LITERATURE, AND PHILOSOPHY<br>Amalia Kessler; Bernadette Meyler | 4.00 | 4.00 | A |
| HISTORY | 352 | ORIGINALISM AND THE AMERICAN CONSTITUTION: HISTORY AND INTERPRETATION<br>Jonathan Gienapp | 5.00 | 5.00 | A |
| LAW | 278 | THE ARTICLE III JUDGE<br>Thomas Griffith | 2.00 | 2.00 | P |
| PUBLPOL | 221 | SENTENCING, CORRECTIONS, AND CRIMINAL JUSTICE POLICY<br>Joan Petersilia | 3.00 | 3.00 | CR |
| SOC | 236 | SOCIOLOGY OF LAW<br>Michele Dauber | 4.00 | 4.00 | A- |

### 2015-2016 Spring

| Course | | Title | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| HISTORY | 155 | AMERICAN CONSTITUTIONAL HISTORY FROM THE CIVIL WAR TO THE WAR ON POVERTY<br>Michele Dauber | 5.00 | 0.00 | W |
| LAW | 612 | CONSTITUTIONAL LAW: SPEECH AND RELIGION<br>Michael McConnell | 4.00 | 4.00 | P |
| POLISCI | 126P | CONSTITUTIONAL LAW<br>Nathaniel Persily | 3.00 | 3.00 | A |
| RELIGST | 301 | ISLAMIC LAW<br>Behnam Sadeghi | 5.00 | 5.00 | A+ |

### 2016-2017 Autumn

| Course | | Title | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| HISTORY | 299S | UNDERGRADUATE DIRECTED RESEARCH AND WRITING<br>Jonathan Gienapp | 4.00 | 4.00 | CR |
| LAW | 1029 | TAXATION I<br>Joseph Bankman | 4.00 | 4.00 | P |
| LAW | 7010 | CONSTITUTIONAL LAW: THE FOURTEENTH AMENDMENT<br>Deborah Rhode | 3.00 | 3.00 | P |
| LAW | 7022 | FEDERAL HABEAS CORPUS<br>Jonathan Mitchell | 2.00 | 2.00 | P |
| PHYSICS | 15 | STARS AND PLANETS IN A HABITABLE UNIVERSE<br>Bruce Macintosh | 3.00 | 3.00 | C+ |
| POLISCI | 336S | JUSTICE<br>Rob Reich | 4.00 | 0.00 | W |

### 2016-2017 Winter

| Course | | Title | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| HISTORY | 299S | UNDERGRADUATE DIRECTED RESEARCH AND WRITING<br>Jonathan Gienapp | 5.00 | 5.00 | CR |
| POLISCI | 102 | POLITICS AND PUBLIC POLICY<br>Bruce Cain; David Brady | 5.00 | 5.00 | A- |
| POLISCI | 114S | INTERNATIONAL SECURITY IN A CHANGING WORLD<br>Amy Zegart; Stephen Krasner | 5.00 | 5.00 | A |
| STATS | 60 | INTRODUCTION TO STATISTICAL METHODS PRECALCULUS<br>Karen LaRocque | 5.00 | 5.00 | B- |

### 2016-2017 Spring

| Course | | Title | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| ARTHIST | 105B | MEDIEVAL JOURNEYS: INTRODUCTION THROUGH THE ART AND ARCHITECTURE<br>Bissera Pentcheva | 3.00 | 3.00 | D |
| HISTORY | 299S | UNDERGRADUATE DIRECTED RESEARCH AND WRITING<br>Jonathan Gienapp | 5.00 | 5.00 | CR |
| POLISCI | 120C | AMERICAN POLITICAL INSTITUTIONS IN UNCERTAIN TIMES<br>Adam Bonica | 5.00 | 5.00 | B- |
| PSYC | 135 | SLEEP AND DREAMS<br>Rafael Pelayo; William Dement | 3.00 | 3.00 | B- |

Page 2 of 3
Key to Transcript

*Exhibit B*

**Send To:** Habib Olapade

This document has been digitally signed and therefore contains special characteristics. A document that contains a digital signature can be instantly validated. See final page of this PDF for further explanation.

# STANFORD UNIVERSITY
## OFFICE OF THE UNIVERSITY REGISTRAR
## STANFORD, CA 94305-6032

Name: Olapade, Habib Omotokunbo
Student ID: 05892107

Johanna Metzgar
Registrar

In accordance with USC 438 (6) (4) (B) (The Family Educational Rights and Privacy Act of 1974), you are hereby notified that this information is provided upon the condition that you, your agents or employees will not permit any other party access to this record without consent of the student. Alteration of this transcript may be a criminal offense.

Print Date: 06/24/2019

-------- Stanford Degrees Awarded --------

| | |
|---|---|
| Degree | Bachelor of Arts |
| Confer Date | 06/18/2017 |
| Plan | Political Science |
| Degree Honors | with Distinction |

--------- Academic Program ---------

Program 06/08/2015 : Undergraduate Matriculated
Political Science (BA)
Completed Program

-------- Advanced Placement Test Credit --------
Applied Toward Undergraduate Matriculated Program

2013-2014 Autumn
Total Quarter Units Posted: 0.00

Allowable Test Credit subject to restrictions.

--------- Beginning of Academic Record ---------

### 2013-2014 Autumn

| Course | | Title | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| CLASSLAT | 1 | BEGINNING LATIN: VOCABULARY AND SYNTAX | 5.00 | 5.00 | A+ |
| | | John Klopacz | | | |
| PWR | 1GSO | WRITING & RHETORIC 1: THE VARIETIES OF CONSERVATIVE EXPERIENCE | 4.00 | 4.00 | A |
| | | Stephen Osadetz | | | |
| THINK | 4 | CAN THE PEOPLE RULE? | 4.00 | 4.00 | A |
| | | Adam Zientek | | | |

### 2013-2014 Winter

| Course | | Title | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| CLASSLAT | 2 | BEGINNING LATIN | 5.00 | 5.00 | A |
| | | John Klopacz | | | |
| HISTORY | 60N | REVOLUTIONARIES AND FOUNDERS | 3.00 | 3.00 | A |
| | | Jack Rakove | | | |
| HISTORY | 150B | 19TH-CENTURY AMERICA | 5.00 | 5.00 | A+ |
| | | James Campbell | | | |

### 2013-2014 Spring

| Course | | Title | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| CLASSLAT | 3 | BEGINNING LATIN | 5.00 | 5.00 | A+ |
| | | John Klopacz | | | |
| POLISCI | 125P | THE FIRST AMENDMENT: FREEDOM OF SPEECH AND PRESS | 5.00 | 5.00 | A |
| | | Nathaniel Persily | | | |
| POLISCI | 125V | THE VOTING RIGHTS ACT | 5.00 | 5.00 | A+ |
| | | Gary Segura | | | |

### 2014-2015 Autumn

| Course | | Title | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| LAWGEN | 114Q | DILEMMAS OF REGULATING RACE AND INEQUALITY IN AMERICAN SOCIETY | 3.00 | 3.00 | A |
| | | Ralph Banks | | | |
| ORALCOMM | 10C | DEBATE CLUB | 1.00 | 1.00 | S |
| | | Doree Allen | | | |
| POLISCI | 1 | INTRODUCTION TO INTERNATIONAL RELATIONS | 5.00 | 5.00 | A |
| | | Michael Tomz | | | |
| POLISCI | 122 | INTRODUCTION TO AMERICAN LAW | 5.00 | 5.00 | A |
| | | Lawrence Friedman | | | |

### 2014-2015 Winter

| Course | | Title | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| HISTORY | 352B | HISTORY OF AMERICAN LAW | 5.00 | 5.00 | A |
| | | Lawrence Friedman | | | |
| POLISCI | 128S | THE CONSTITUTION: A BRIEF HISTORY | 5.00 | 5.00 | A+ |
| | | Jack Rakove | | | |
| POLISCI | 327C | REGULATION OF THE POLITICAL PROCESS | 5.00 | 5.00 | A |
| | | Nathaniel Persily | | | |

### 2014-2015 Spring

| Course | | Title | Attempted | Earned | Grade |
|---|---|---|---|---|---|
| HISTORY | 153 | CREATION OF THE CONSTITUTION | 5.00 | 5.00 | A |
| | | Michael McConnell | | | |
| PUBLPOL | 319 | LEGISLATION | 3.00 | 3.00 | S |
| | | Lanhee Chen | | | |
| PWR | 2KT | WRITING & RHETORIC 2: THE GREAT AND POWERFUL OZ: THE RHETORIC OF SPOKESPERSONS | 4.00 | 4.00 | A- |
| | | Kathleen Tarr | | | |

Page 1 of 3

Key to Transcript

Send To: Habib Olapade

This document has been digitally signed and therefore contains special characteristics. A document that contains a digital signature can be instantly validated. See final page of this PDF for further explanation.

COPY OF CERTIFIED PDF
KEY TO TRANSCRIPT ON FINAL PAGE
THIS DOCUMENT HAS BEEN DIGITALLY SIGNED AND CAN BE VALIDATED ELECTRONICALLY
THE NAME AND OFFICIAL SEAL OF THE INSTITUTION APPEAR IN THE UPPER LEFT HAND CORNER OF THIS TRANSCRIPT

Case 3:19-cv-01183-KAD   Document 1-3   Filed 08/01/19   Page 3 of 4



# STANFORD UNIVERSITY
## OFFICE OF THE UNIVERSITY REGISTRAR
### STANFORD, CA 94305-6032

**Name:** Olapade, Habib Omotokunbo
**Student ID:** 05892107

Johanna Metzgar
Registrar

In accordance with USC 438 (6) (4) (8) (The Family Educational Rights and Privacy Act of 1974), you are hereby notified that this information is provided upon the condition that you, your agents or employees will not permit any other party access to this record without consent of the student. Alteration of this transcript may be a criminal offense.

**Undergraduate Career Totals**
Cum GPA          3.818
*Grad classes are not included in the UG GPA calculation

END OF TRANSCRIPT

Page 3 of 3

Key to Transcript

**Send To:** Habib Olapade

This document has been digitally signed and therefore contains special characteristics. A document that contains a digital signature can be instantly validated. See final page of this PDF for further explanation.

Office of the University Registrar
Stanford University
Stanford, California 94305

Grade point average is available for undergraduates only. Grade point average for graduate students is not available. Grade point average is only available for the undergraduate degree of a coterminal student. Class rank is not available for any level of degree program.

Four grading systems are used at Stanford University. The general University grading system is used in all courses except those taught in the School of Law, the Graduate School of Business, or to M.D. students in the School of Medicine.

*Unit of Credit*: Every unit for which credit is given is understood to represent approximately three hours of actual work per week for the average student. Thus, in lecture or discussion work, for 1 unit of credit, one hour per week may be allotted to the lecture or discussion and two hours for preparation or subsequent reading and study. Where the time is wholly occupied with studio, field, or laboratory work, or in the classroom work of conversation classes, three full hours per week through one quarter are expected of the student for each unit of credit; but, where such work is supplemented by systematic outside reading or experiment under the direction of the instructor, a reduction may be made in the actual studio, field, laboratory, or classroom time as seems just to the department.

Academic programs include a status effective the day the transcript was printed. Stanford University uses the following program statuses:
**Active**: Student is currently active in the program indicated.
**Leave of Absence**: Student is currently on an official leave of absence from active study.
**Completed**: Student program requirements have been met and the degree has been awarded (degree programs only).
**Discontinued**: Student no longer enrolled in program (includes post-doctoral scholars whose appointments have ended).
**Dismissed**: Student was dismissed from the University.
**Cancelled**: Student deceased while enrolled and program cancelled or student administratively withdrawn for cause.

**Grade Freeze upon Graduation**: All grades, with the exception of 'I' (Incomplete), 'GNR' (Grade Not Reported), 'L' (Pass, grade to follow), and 'N' (Continuation) grades, are frozen at the time of graduation. Grades of Incomplete become frozen 12 months after the quarter in which they were awarded, either as 'NP' (Not Passed) if the course work has not been successfully completed, or another grade if it has. Grades of 'GNR', 'L', or 'N' also have one year to be updated after which they are frozen as they stand. The Office of the University Registrar evaluates prior to graduation whether the GPA on a transcript bearing grades of Incomplete would meet University requirements for graduation even if all 'I' grades were replaced by NP.

**CHRONOLOGY OF GENERAL UNIVERSITY GRADING SYSTEM**
Current (effective Summer Quarter 2008-09):
A (+,-)  Excellent
B (+,-)  Good
C (+,-)  Satisfactory
D (+,-)  Minimal Pass
NP       Not Passed
CR       Credit (student elected satisfactory: A, B, or C equivalent)
S        No-option Satisfactory (A, B, or C equivalent)
NC       No Credit (unsatisfactory performance, D+ or below equivalent)
I        Incomplete
L        Pass, letter grade to be reported
N        Continuing Course (Satisfactory Progress)
N-       Continuing Course (Unsatisfactory Progress)
RP       Repeated Course
GNR      Grade Not Reported
W        Withdrew
Note: The notation * was changed to GNR (Grade Not Reported).

Effective Autumn Quarter 1995-96:
A (+,-)  Excellent
B (+,-)  Good
C (+,-)  Satisfactory
D (+,-)  Minimal Pass
NP       Not Passed
CR       Credit (student elected satisfactory: A, B, or C equivalent)
S        No-option Satisfactory (A, B, or C equivalent)
NC       No Credit (unsatisfactory performance, D+ or below equivalent)
I        Incomplete
L        Pass, letter grade to be reported
N        Continuing Course
RP       Repeated Course
*        No Grade Reported
W        Withdrew

Note: The grades A, B, and C were redefined; NP and W were added; and '-' was changed to CR.

Autumn 1994-95: RP was introduced to replace the original grade for a course later retaken. The grade of I (incomplete) was changed to automatically lapse to NP or NC after one year.

Effective Autumn Quarter 1989-90:
A (+,-)  Exceptional Performance
B (+,-)  Superior Performance
C (+,-)  Satisfactory Performance
D (+,-)  Minimal Pass
L        Pass, letter grade to be reported
+        Satisfactory, student elected (A, B, or C)
S        Satisfactory, no option (A, B, or C)
N        Continuing Courses
*        No Grade Reported
I        Incomplete

Note: The P notation has been changed to S (Satisfactory). The lowest acceptable grade for either S or '+' is now C-.

Effective Autumn Quarter 1975-76:
A (+,-)  Exceptional Performance
B (+,-)  Superior Performance
C (+,-)  Satisfactory Performance
D (+,-)  Minimal Pass
L        Pass, letter grade to be reported
+        Pass, student elected (A, B, C, or D)
P        Pass, no option (A, B, C, or D)
N        Continuing Courses
*        No Grade Reported
I        Incomplete

Note: Under this system, Stanford restored the D grade, defining it as 'Minimal Pass'. Pass notations ('+' and P) were redefined to encompass all passing grades, A through D.

Summer Quarter 1972-73: P was introduced to denote pass in a course offered only pass/no credit at the option of the instructor.
Spring Quarter 1971-72: '+' and '-' as grade modifiers were reintroduced for all students.
Autumn Quarter 1971-72: '+' and '-' as grade modifiers were reintroduced for graduate students.

Effective Autumn Quarter 1970-71:
A        Exceptional Performance
B        Superior Performance
C        Satisfactory Performance
L        Pass, letter grade to be reported
+        Pass, student elected (A, B, or C)
N        Continuing Course
*        No Grade Reported
I        Incomplete

Note: The grades A, B, C, and '+' were redefined. D, E, F, W, and '-' were dropped from the grading system. Under the prior system, the University maintained records of all courses a student attempted. But under the revised system, the only courses recorded were those that were successfully completed or for which an I (incomplete) grade was given. The revised system also allowed a student or instructor to request the deletion of an I grade from a student's record if the student did not meet the requirements of the course within the time limit determined by the instructor. The use of the modifying suffixes '+' and '-' appended to letter grades was discontinued.

Effective Autumn Quarter 1963-64:
A        Excellent
B        Good
C        Satisfactory
D        Minimum Credit
E        Conditioned
F        Failed
N        Continuous Course
W        Unauthorized Withdrawal
I        Incomplete
*        No Grade Reported
+        Passed Without Defining Grade
-        Failed Course Taken Pass/Fail

Prior to Autumn 1963-64:
A        Excellent
B        Good
C        Fair
D        Barely Passed
E        Conditioned
F        Failed
N        Continuous Course
W        Unauthorized Withdrawal
I        Incomplete
*        No Grade Reported
+        Passed Without Defining Grade
-        Failed Course Taken Pass/Fail

**CHRONOLOGY OF THE SCHOOL OF LAW GRADING SYSTEM**
Effective Autumn Quarter 2009-10, units earned in School of Law are quarter units. Units earned in School of Law prior to 2009-10 are semester units.

Current (effective Autumn Semester 2008-09):
H        Honors (exceptional work, significantly superior to the average performance at the school)
P        Pass (successful mastery of the course material)
R        Restricted Credit (work that is unsatisfactory)
F        Fail (work that does not show minimally adequate mastery of the material)
MP       Mandatory Pass (representing P or better work)
N        Continuing Course
I        Incomplete
*        No Grade Reported
GNR      Grade Not Reported (effective Autumn Quarter 2009-10)

Note: Under this grading system, in 2008-09 third-year J.D. students remained under the prior grading system (below).

Effective Autumn Semester 2001-02:
4.3, 4.2           A+
4.1, 4.0, 3.9      A
3.8, 3.7, 3.6, 3.5 A-
3.4, 3.3, 3.2      B+
3.1, 3.0, 2.9      B
2.8, 2.7, 2.6, 2.5 B-
2.2                Restricted Credit
2.1                Failure
I                  Incomplete
K                  Credit (student elected)
KM                 Credit (mandatory)
RK                 Restricted Credit
NK                 Failure
N                  Continuing Course
*                  No Grade Reported

Note: The grading system was revised to a number system with letter equivalents and the grades of 2.3 and 2.4 (C+) were eliminated.

Effective Autumn 1983-84:
A+           4.3, 4.2
A            4.1, 4.0, 3.9
A-           3.8, 3.7, 3.6, 3.5
B+           3.4, 3.3, 3.2
B            3.1, 3.0, 2.9
B-           2.8, 2.7, 2.6, 2.5
C+           2.4, 2.3
R            2.2 (restricted credit)
F            2.1 (failure)
N            Continuing Course
I            Incomplete
*            No Grade Reported
K            Credit (student elected)
KM           Credit (mandatory)
RK           Restricted Credit

Note: The C, C-, D+, D, and D- grades were eliminated. The grade of R (Restricted Credit) was introduced with the value of 2.2. The RK and F grades were redefined to a value of 2.2 and 2.1 respectively. Students may elect to take a limited number of courses on the K, RK, NK system. K shall be awarded for work that is comparable to numerical grades 4.3 - 2.3, RK for 2.2, an NK for 2.1.

Effective Autumn 1969: A second grading system was introduced with the following values:
K        Credit (1.7 - 4.3)
RK       Restricted Credit (0.9 - 1.6)
NK       No Credit (0 - 0.8)

Prior to Autumn 1969-70:
A+       4.3, 4.2
A        4.1, 4.0, 3.9
A-       3.8, 3.7, 3.6, 3.5
B+       3.4, 3.3, 3.2
B        3.1, 3.0, 2.9
B-       2.8, 2.7, 2.6, 2.5
C+       2.4, 2.3
C        1.9, 2.0, 2.1
C-       1.8, 1.7, 1.6, 1.5
D+       1.4, 1.3, 1.2
D        1.1, 1.0, 0.9
D-       0.8, 0.7, 0.6
F        0.0

Note: This system employs letter grades with numerical equivalents.

**THE SCHOOL OF MEDICINE GRADING SYSTEM**
The following grades are used in reporting on the performance of students in the M.D. program:
+        Pass. Indicates that the student has demonstrated to the satisfaction of the department or teaching group responsible for the course that s/he mastered the material taught in the course.
-        Fail. Indicates that the student has not demonstrated to the satisfaction of the department or teaching group responsible for the course that he or she has mastered the material taught in the course.
EX       Exempt. Course exempted by examination. No units granted.
N        Continuing Course
I        Incomplete
GNR      Grade Not Reported (effective Autumn Quarter 2009-10)

**CHRONOLOGY OF THE GRADUATE SCHOOL OF BUSINESS GRADING SYSTEM**
Current (Effective Autumn 2000-01):
H        Honors
HP       High Pass
P        Pass
LP       Low Pass
U        Unsatisfactory
EX       Course Exempted (does not affect grade point calculations)
+        Pass (LP or better)
GNR      Grade Not Reported (effective Autumn Quarter 2009-10)

Effective Autumn Quarter 1971-72:
H        Distinction. Work that is of markedly superior quality.
P+       Work that is of high quality and exceeds in a significant way all of the basic requirements of the course.
P        Pass. Work that is of good quality and clearly satisfies all the basic requirements of the course.
P-       Low Pass. Work that satisfies most of the basic requirements of the course but is deficient in some minor way.
U        Unsatisfactory. Work that does not satisfy the basic requirements of the course and is deficient in significant ways.
EX       Course Exempted (does not affect grade point calculations)
+        Pass (P- or better)

- COPY OF CERTIFIED PDF -