From: Habib Olapade

Sent: Sunday, June 16, 2019 10:22 PM

To: bruce.ackerman@yale.edu

Cc: Cosgrove, Ellen; Maldonado, Monica; Calvert, Judith; rina@bencrump.com

Subject: Grade

Hi Professor Ackerman!

I hope this note finds you swell! I checked my grade report and saw the mark you entered after I submitted my 50-page single spaced paper. I'm curious moving forward – did I receive this mark because of attendance or because of the work product itself? Because I checked the paper with a paid plagiarism service, and it reported back to me that all the sources that were used in the piece were cited and given credit. I only ask because if the mark is for attendance, I can explain to both you and the Associate Deans why I was absent and provide email evidence for the explanation. Please advise.

Best,

Habib


**From:** Habib Olapade
**Sent:** Sunday, June 16, 2019 10:28 PM
**To:** PBrann@brannlaw.com; jtierney@law.harvard.edu
**Cc:** Calvert, Judith; Cosgrove, Ellen; Maldonado, Monica; rina@bencrump.com
**Subject:** Grade

Hi Professors Brann and Tierney!
I hope this note finds you swell! I checked my grade report and saw the mark you entered after I submitted my 50-page single spaced paper. I'm curious moving forward – did I receive this mark because of attendance or because of the work product itself? Because I checked the paper with a paid plagiarism service, and it reported back to me that all the sources that were used in the piece were cited and given credit. I only ask because if the mark is for attendance, I can explain to both you and the Associate Deans why I was absent and provide email evidence for the explanation. Please advise.
Best,
Habib


**From:** Habib Olapade
**Sent:** Sunday, June 16, 2019 10:24 PM
**To:** gerald.torres@yale.edu; gt276@cornell.edu
**Cc:** Cosgrove, Ellen; Calvert, Judith; Maldonado, Monica; rina@bencrump.com
**Subject:** Grade

Hi Professor Torres!

I hope this note finds you swell! I checked my grade report and saw the mark you entered after I submitted my 50-page single spaced paper. I'm curious moving forward – did I receive this mark because of attendance or because of the work product itself? Because I checked the paper with a paid plagiarism service, and it reported back to me that all the sources that were used in the piece were cited and given credit. I only ask because if the mark is for attendance, I can explain to both you and the Associate Deans why I was absent and provide email evidence for the explanation. Please advise.
Best,
Habib