

# Initiation of Allegation

Any allegation of academic misconduct, including but not limited to falsification or fabrication of data, plagiarism [3], or gross negligence in the conduct, proposing or reporting of research or scholarship, whether lodged from within or outside the University, that is directed against an individual who, at the time of the alleged misconduct, was a faculty or staff member or postdoctoral fellow or associate of any School of Yale University, will be directed to the dean of the school in which the respondent holds or held appointments. [4] [5] [6]

The dean [7], in a timely manner but generally no longer than two weeks following receipt of an allegation, with the advice of two senior faculty members designated by him or her, will determine whether there are reasonable grounds for believing that the allegation is sufficiently credible and specific so that potential evidence of academic misconduct may be identified [8], and, if true, would constitute academic misconduct. If it is necessary to consult with others in order to make this decision, the dean will seek to maintain, if possible, the anonymity of all individuals involved, including those who have made the allegations, and in any event will require all those consulted to treat the matter as strictly confidential.

If the dean determines that there are not reasonable grounds for believing that the allegation is sufficiently credible and specific so that potential evidence of academic misconduct may be identified, and, if true, would constitute academic misconduct under this procedure, the dean may dismiss the allegation altogether or may address the allegation under other applicable University policies and procedures.  The results of the dean's evaluation and the reasons for the decision will be set forth in a written report which will be maintained for a period of three years in a locked or secured location. The dean will promptly inform the person(s) who made the allegations of this decision.

If the dean determines that there are reasonable grounds for believing that the allegation is sufficiently credible and specific so that potential evidence of academic misconduct may be identified, and, if true, would constitute academic misconduct, or if the dean is unable to reach a

determination in a timely manner, the dean will appoint an Inquiry Committee to examine the allegation.

The dean may secure all materials that, in his or her discretion, are directly relevant to the allegations.

**Next:** Inquiry

---

[3] These Policies and Procedures incorporate the definitions of fabrication, falsification and plagiarism set forth in the Office of Science and Technology's Federal Policy on Research Misconduct, https://ori.hhs.gov/federal-research-misconduct-policy, as clarified by the HHS Office of Research Integrity's Policy on Plagiarism, https: ori.hhs.gov/ori-policy-plagiarism. For allegations arising under the jurisdiction of other government agencies, those agency's definitions will supersede these to the extent inconsistent.

[4] In the case of joint appointments, the complaint should be directed to the School of primary appointment; if neither School is primary, the Provost will determine to which Dean the complaint should be directed.

[5] An allegation that a student has committed academic misconduct in the course of proposing, conducting or reporting of research or scholarship supported by the federal government will also be addressed under these procedures, and will be directed to the Dean of the School in which the respondent is enrolled. If federally supported research is not involved, the Dean may address the matter either under these procedures or under the student disciplinary procedures of the School, in the Dean's discretion.

[6] In any proceeding brought under these Policies and Procedures, the President may appoint an alternative University official (in place of the Dean) to supervise the process.

[7] The Dean, in his or her discretion, may delegate certain ministerial functions, including informing the accused of the inquiry, and notifying the Provost and funding, regulatory, or other agencies.

[8] With regard to whether the allegations are sufficiently credible and specific, note that the mere fact that one person cannot replicate

someone else's results does not constitute evidence of academic misconduct. Nor does a disagreement over interpretation or methodology rise to the level of an allegation of academic misconduct. An allegation of nonreplicability may, however, constitute important support for a specific allegation that may warrant investigation.

# Inquiry

The purpose of an inquiry is to conduct an initial review of the evidence to determine whether there are reasonable grounds for believing that the allegations may be true and whether an investigation is warranted.  An inquiry does not require a full review of all the evidence. The Inquiry Committee will be comprised of tenured faculty members, but in consideration of the privacy of all concerned, will be limited to the minimal number required for competent completion of the task. A faculty member will not be appointed to the Inquiry Committee if the dean believes that individual to have a potential conflict of interest in relation to the matter at hand or the individuals involved. The Inquiry Committee will immediately secure all materials it believes directly relevant to the allegations, in addition to any materials secured by the dean.  The dean will promptly inform the respondent that an allegation has been made and will be subject to an inquiry and will provide to him or her the names of members of the Inquiry Committee and sufficient information about the allegation so as to permit the respondent to prepare to answer.

The dean will notify the provost that an inquiry has been initiated and of the nature of the alleged misconduct. If warranted, in the dean's judgment, based upon an overriding need to protect the health, safety, reputation or financial interest of others or when required by federal regulations, the dean will notify relevant funding, regulatory or other agencies or entities, including any journal that has published data subject to challenge, of the initiation of the inquiry. Where federally-funded research is involved, the dean will take such interim administrative actions during the inquiry (or during any later investigation) as are appropriate, in his or her judgment, to protect federal funds and ensure that the purposes of the federal financial assistance are being carried out, as required under federal regulations.

The Inquiry Committee will seek to interview the complainant(s) and the respondent so as to hear first hand the allegations as well as the response of the respondent.[9] The Inquiry Committee also may interview or otherwise request information from others within or outside the University, including persons uninvolved in but knowledgeable about the matter under inquiry, and may seek expert advice. All persons requested to participate in the inquiry or to provide documents are expected to cooperate. The members of the Inquiry Committee will make every effort to maintain the confidentiality of their materials and deliberations. All correspondence, minutes, and other records will be marked "confidential" and kept in a locked or secured location. In seeking information, the Inquiry Committee, insofar as it can, will require confidentiality of those with whom it must communicate. The Inquiry Committee will give due regard to preserving the privacy of the person(s) bringing the allegations; however, if the Inquiry Committee determines that confidential disclosure of the identity of the complainant to any person (including the respondent) is necessary in order for it to proceed fairly with its deliberations, the Inquiry Committee, after first informing the complainant, may make such disclosure.

As soon as practicable, and normally within 60 days after receiving its charges, the Inquiry Committee will prepare a written report for the dean setting forth its conclusions and the evidentiary basis for those conclusions (including summaries of interviews). If circumstances clearly warrant extending the inquiry beyond 60 days, the report shall include documentation of the reasons for the extension. The inquiry may result in one of two outcomes:

- If the Inquiry Committee concludes that there are not reasonable grounds for believing that the allegation may be true or that a formal investigation is not warranted, the dean may, at his or her discretion, inform the complainant, and to the extent appropriate, persons consulted by the Inquiry Committee, of that conclusion and the reasons for it and will provide a copy of the report to the respondent. The dean will for a period of three years maintain the written report of the Inquiry Committee in a locked or secured location. The dean will also determine what steps, if any, should be taken to restore the reputation of the respondent.

- If the Inquiry Committee concludes that there are reasonable grounds for believing that the allegations may be true and that a formal investigation is warranted, it will provide to the dean along with its report a formal written statement detailing the specific charge or charges of academic misconduct that should in its judgment be the subject of an investigation. The dean will convey the report and this statement to the respondent.

If the inquiry substantiates academic misconduct that is admitted by the respondent, the dean will determine what actions should be taken, including any further investigation, and the sanctions to be imposed or recommended, consistent with applicable disciplinary procedures and with the approval of the provost. If fraudulent scholarship or research has been published, the dean will see that the facts are submitted to the appropriate journals in sufficient detail to allow for correction of the relevant public record. The dean will notify the applicable funding, regulatory or other agencies of the outcome, as required by law or regulation. [10] The dean will notify the respondent of his or her decision in writing.

**Next:** Investigation

---

[9] When being interviewed by the Inquiry Committee, the respondent may be accompanied by an adviser, who may be any member of the Yale Community, but not by legal counsel.

[10] In appropriate circumstances the Dean, in consultation with the Office of the General Counsel and the Provost, may notify additional persons or entities deemed to have a legitimate interest in the proceedings, including, without limitation, the current employer of the respondent

# Investigation

The dean will initiate a formal investigation, if he deems one warranted, as soon as practicable, and generally within 30 days after receiving the report from the Inquiry Committee containing its conclusions and its statement of charges. The purpose of an investigation is to gather, review, and assess all relevant evidence

available to the Committee, and to determine whether the charge or charges are substantiated by a preponderance of the evidence. To constitute academic misconduct under this policy, the alleged behavior must represent a significant departure from the accepted practices of the relevant research or scholarly community and must be shown to have been committed intentionally, knowingly, or recklessly.

The investigation will be carried out by an ad hoc Investigation Committee consisting of three or more individuals whom the dean will appoint and which may include, in addition to or in lieu of tenured members of the faculty of the school, qualified individuals from outside the school or University.[11] The dean will not appoint to the Investigation Committee any individuals whom he or she believes have a potential conflict of interest with respect to the matter under review or the individuals involved. The dean will inform the respondent of the membership of the Investigation Committee, and will consider any objection promptly raised by the respondent based on conflict on interest. However, the dean's evaluation of any such objection shall be final. The dean will promptly inform the provost of the initiation of the investigation and will also report the investigation to the applicable funding, regulatory or other agencies as may be required by law or regulation.

The Investigation Committee will impound any materials, including laboratory notebooks, data and other research or scholarly materials which it believes are relevant and that have not been impounded previously by the dean or Inquiry Committee. The Investigation Committee will make every effort to hear directly from the respondent as well as the complainant(s). It may call witnesses who may be any persons within or without the University who may be knowledgeable about the matters under investigation, may seek expert advice and may review the records of the Inquiry Committee. The investigation will follow the same procedures as described under Inquiry to maintain confidentiality and protect the privacy of those involved. The Investigation Committee will provide to the respondent the opportunity to inspect all documents which it will consider, except where there is a compelling need to protect the confidentiality of a communication, in which case the Committee will inform the respondent of the substance of the document. The Investigation Committee also will provide the respondent the opportunity to submit evidence and suggest witnesses. The Investigation Committee at its discretion may permit the

respondent to be present during the hearing of testimony from other witnesses or may exclude the respondent, provided that the respondent is given an opportunity to rebut or respond to the substance of all testimony.[12]

The Investigation Committee will complete its work as soon as possible and will ordinarily take no longer than 120 days from the date it receives its charges. If the investigation cannot be completed within that time, the Investigation Committee will report to the dean on the status of the investigation and he or she will notify the provost as to an estimated timetable for completion of the investigation. The dean will also notify and request any necessary extension of time from any funding, regulatory or other agencies as may be required by applicable law.

**Next:** Report of Investigation

---

[11] In any case, an individual that served on the Inquiry Committee may also serve on the Investigation Committee.

[12] The respondent may be accompanied before the Investigation Committee by an adviser who may be any member of the Yale University community. If the respondent has engaged legal counsel, then counsel instead will be permitted to accompany the respondent to consult with him or her as an adviser. However, the Investigation is not a trial-type proceeding and legal counsel will not be permitted to direct questions or answers or offer argument on behalf of the respondent.

# Report of Investigation

Upon completion of its investigation, the Investigation Committee will prepare a written report consisting of the following three parts:

- A summary of the substance of the documents, the testimony, and the other forms of evidence which the Investigation Committee relied upon in reaching its conclusion.

- A statement of the Committee's findings of fact and the conclusions it has drawn from those facts.
- The Committee's recommendation, if any, as to what actions the Dean should undertake.

The report of the Investigation Committee will be adopted upon the majority vote of the members of the committee.

The dean will permit the respondent to inspect the committee's summary of documents, testimony and other evidence in the report and its findings of fact and conclusions, and to indicate in writing what clarification or corrections, if any, he or she believes are appropriate. The dean, solely at his or her discretion, may allow a similar opportunity to the complainant. The dean, after receiving the comments on the report, may ask the Investigation Committee to supplement its report. The dean also may request the committee to advise him or her on steps which should be taken to restore the reputation of the respondent if the investigation does not substantiate the charges.

The dean will accept the findings of fact and conclusions of the report, as supplemented, of the Investigation Committee and will determine in light of the report, what actions, including disciplinary action, he or she will take or recommend to the provost and president be taken or initiated in accordance with University procedures. The dean will notify the respondent of his or her decision in writing.

The dean also will notify any funding, regulatory or other agencies as required by law or regulation of the outcome of the investigation and the action that will be taken or initiated and will submit such reports as may be required. The dean and/or provost may determine at their discretion to notify others determined to have a legitimate interest in the outcome of the proceedings, including, for example and without limitation, the current employer of the respondent, if the respondent is not at Yale; co-authors of the respondent in a manuscript subject to an allegation of academic misconduct; the complainant; the home department at Yale of the respondent; and the publisher of a manuscript that was subject to an allegation of academic misconduct.

In the event that the investigation concludes that the charges are not substantiated, the dean will determine what measures reasonably can and should be taken to help restore the reputation of the respondent,

and will see that they are taken.  If the investigation concludes that the charges were made in bad faith, the complainant will be subject to disciplinary action, in accordance with applicable procedures.

# Appeal

Any person accused of academic misconduct who believes that the allegation was improperly reviewed, may appeal in writing to the provost.

Any appeal shall be delivered to the provost by the date that is 30 calendar days after the date of the dean's notice to the respondent. Additional time may be provided by the provost in his or her discretion, and only upon prompt application and for compelling reasons.

In considering such an appeal, the provost will limit his or her review to determining whether appropriate procedures and standards were applied.