Yale Journal of International Law

On Mon, Mar 4, 2019, 8:00 PM Char, Varun <varun.char@yale.edu> wrote:
Hi Habib,

We are wrapping up our sourcecite in the 30 min. Would you be able to swing by with the pages that you've been working on so that we can input the changes?

Thanks,
Varun


Habib Olapade
Stanford University | Class of 2017
Yale Law School | Class of 2020
Linkedin: https://www.linkedin.com/in/habib-olapade-31637b80/
Twitter: https://twitter.com/habib_olapade
Instagram: https://www.instagram.com/liftinglegally/
On Mon, Mar 4, 2019 at 8:29 PM Habib Olapade <habibyale@gmail.com> wrote:
Hi Varun! I turned them in! I was the guy who walked in late with the golf shirt and khaki pants. Thanks!
**From:** Char, Varun
**Sent:** Monday, March 4, 2019 8:38:39 PM
**To:** Habib Olapade
**Cc:** Laird, Jessica
**Subject:** Re: [YJIL] Sourcecite pages

Are you working on any other pages? The sourcecite is still going on and YJIL policy is that no one is released until all pages are completed so that some students aren't stuck working longer than others.
On Tue, Mar 5, 2019 at 6:32 PM Laird, Jessica <jessica.laird@yale.edu> wrote:
Hi Habib,

We just wanted to inform you that we'll need you to attend two hours of either the sourcecite tomorrow or on March 25th to complete your requirement. Otherwise, we will be unable to include you on the YJIL Masthead.

Thanks,
Jessica & Varun
**From:** Habib Olapade <habibyale@gmail.com>
**Sent:** Wednesday, March 6, 2019 8:39:44 AM
**To:** Laird, Jessica; Char, Varun
**Subject:** Re: [YJIL] Sourcecite pages

Exhibit F

Hi Guys! : Just got this. Hey, I did 6 pages and can show you my pen markings. If y'all know some folks who did more, I would be more than happy to attend the March 25th sourcesite. Please advise. Thanks!

---------- Forwarded message ----------
From: **Laird, Jessica** <jessica.laird@yale.edu>
Date: Wednesday, March 6, 2019
Subject: [YJIL] Sourcecite pages
To: Habib Olapade <habibyale@gmail.com>, "Char, Varun" <varun.char@yale.edu>

Hi Habib,

Thanks, we will loop you in with the Executive Editors running the March 25 sourcecite. The requirement is time-based, so we appreciate your participation.

Best,
Jessica & Varun

Hide message history

### Yale Law & Policy Review

From: **Martinez, Catherine** <catherine.martinez@yale.edu>
Date: Tuesday, February 5, 2019
Subject: Tuesday, 2/5 YLPR Sourcecite
To:
Cc: "Pelet del Toro, Valeria" <valeria.peletdeltoro@yale.edu>, "Jiang, Carl" <carl.jiang@yale.edu>, "Rabkin Golden, Allison" <allison.rabkingolden@yale.edu>, "Flatow, Robbie" <robert.flatow@yale.edu>, "Lipman, Sophie" <sophie.lipman@yale.edu>, "Pershing, Abigail" <abigail.pershing@yale.edu>

Hi all,

Thank you for attending your last sourcecite of the year! We're using Sharepoint for sourcecites now, which I will explain at the beginning of the sourcecite. If you have any questions, please don't hesitate to ask.

You can access the YLPR Sharepoint here. Use your YLS credentials to log in.

There are a couple of important points to remember:

1. Please make sure that your computer settings are such that it's clear who has made each tracked-change and comment bubble. (In other words, your names are there, rather than "author.")

    1. **PC**: File à Options

    2. **Macs**: Word à File à Properties à Summary à change "Author" (the third line down)

2. The sourcecite folders are available here:
   1. Harbach Article
   2. Bavli & Mozer Article.
3. After you complete your assigned footnotes/accompanying text, please assist with the few leftover footnotes at the end or with others who are still trying to complete their assignments.
4. The sourcecite assignment sheets are available here:
   1. Harbach Article
   2. Bavli & Mozer Article.
5. If you are unable to find a book, please email around to see if others have the source.
6. For LE queries, please begin the LE query with "LE:" since it makes it a whole lot easier for me to identify them via search. If you have any citation questions, don't hesitate to ask me during the sourcecite.

For each of your sources, please make sure to check if it's been cited before! If appropriate, make sure to cite as a *supra* or using the short form of a case.

Best,

Catherine

--

Habib Olapade

Stanford University | Class of 2017

Yale Law School | Class of 2020

Linkedin: https://www.linkedin.com/in/habib-olapade-31637b80/

Twitter: https://twitter.com/habib_olapade

Instagram: https://www.instagram.com/liftinglegally/

**Yale Journal On Regulation**

From: **Barreca, Emily** <emily.barreca@yale.edu>
Date: Wednesday, February 20, 2019
Subject: [JREG] Volume 36 Final Masthead
To: "Rising, Andrew" <andrew.rising@yale.edu>, "Ghinaglia Socorro, Armando" <armando.ghinaglia@yale.edu>, "Daus-Haberle, Ben" <ben.daus-haberle@yale.edu>, "Seymour, Ben" <ben.seymour@yale.edu>, "Shultz, Blake" <blake.shultz@yale.edu>, "Stewart, Brandon" <brandon.stewart@yale.edu>, "Chen, Brian" <brian.chen@yale.edu>, "Rianda, Cole" <cole.rianda@yale.edu>, "Mui, Connor" <connor.mui@yale.edu>, "Phillips, Daniel" <daniel.phillips@yale.edu>, "Klingler, Desiree" <desiree.klingler@yale.edu>, "Pickup, Ed" <ed.pickup@yale.edu>, "Fisch, Abigail" <abigail.fisch@yale.edu>, "Kinkley, Adam" <adam.kinkley@yale.edu>, "Burt, Alex" <alex.burt@yale.edu>, "Hernandez, Allen" <allen.hernandez@yale.edu>, "ann.manov@yale.edu" <ann.manov@bulldogs.yale.edu>, "Le, Catherine" <catherine.le@yale.edu>, "Picciau, Chiara" <chiara.picciau@yale.edu>, "Chang, Damien" <damien.chang@yale.edu>, "Ki, Daniel" <daniel.ki@yale.edu>, "Moon, David" <david.y.moon@yale.edu>, "Shire, Emily" <emily.shire@yale.edu>, "Schwed, Eric" <eric.schwed@yale.edu>, "Hall, Emily" <emily.hall@yale.edu>, "Yeh, Emily" <emily.yeh@yale.edu>, "Constant, Frederic" <frederic.constant@yale.edu>, "Tanner, Holden" <holden.tanner@yale.edu>, "Reed, Jack" <jack.reed@yale.edu>, "Allely, Jake" <jake.allely@yale.edu>, "Gordon, Jeff" <jeff.gordon@yale.edu>, "Liebman, Jonathan" <jonathan.liebman@yale.edu>, "McClure, Kelly" <kelly.mcclure@yale.edu>, "Shapiro, Matt" <matt.shapiro@yale.edu>, "Wang, Melody" <melody.wang@yale.edu>, "Husney, Ezra" <ezra.husney@yale.edu>, "Base, Graciela" <graciela.base@yale.edu>, "Olapade, Habib" <habib.olapade@yale.edu>, "Lee, Jamie" <jamie.lee@yale.edu>, "Schroeder, Jeff" <jeff.schroeder@yale.edu>, "Phillips, Jonathan" <j.phillips@yale.edu>, "Bonilla Lopez, Jorge" <jorge.bonillalopez@yale.edu>, "Katticaran, Julu" <julu.katticaran@yale.edu>, "Woolridge, Keith" <keith.woolridge@yale.edu>, "Khoo Chian Yian, Kenneth" <kenneth.khoo@yale.edu>, "Mathias.Walch@uibk.ac.at" <Mathias.Walch@uibk.ac.at>, "Pelle, Michael" <michael.pelle@yale.edu>, "Avi-Yonah, Michael" <michael.avi-yonah@yale.edu>, "Bushinski, Mik" <mik.bushinski@yale.edu>, "Alacha, Neil" <neil.alacha@yale.edu>, "Karageorgiou, Olympia" <olympia.karageorgiou@yale.edu>, "Godwin, Samantha" <samantha.godwin@yale.edu>, "Perrygo, Scott" <scott.perrygo@yale.edu>, "Foley, Sean" <s.foley@yale.edu>, "Tanious, Sherry" <sherry.tanious@yale.edu>, "Bouadi, Sumaya" <sumaya.bouadi@yale.edu>, "Wang, Susan" <susan.wang.sxw2@yale.edu>, "Leys, Thomas" <thomas.leys@yale.edu>, "Lustbader, Zach" <zach.lustbader@yale.edu>, "Loughlin, Michael" <michael.loughlin@yale.edu>, "Slomovics, Motti" <motti.slomovics@yale.edu>, "Khan, Natasha" <natasha.khan@yale.edu>, "Healy, Paul" <paul.healy@yale.edu>, "Doan, Quint" <quint.doan@yale.edu>, "Begleiter, Raquel" <raquel.begleiter@yale.edu>, "Noonan, Ray" <raymond.noonan@yale.edu>, "Reidy, Pat" <pat.reidy@yale.edu>, "Bhandari, Rishabh" <rishabh.bhandari@yaleedu.onmicrosoft.com>, "Zhen, Simon" <simon.zhen@yale.edu>, "Ariwoola, Solomon" <solomon.ariwoola@yale.edu>
Cc: "Terry, Leigh" <leigh.terry@yale.edu>

Dear JREG Editors,

We're pleased to share with you our final masthead for Volume 36, updated to reflect your membership. Thank you for all your hard work—JREG Volume 36 couldn't have been a success without you!

Yours in regulation,

Emily & Leigh

**Yale Journal of Law and Humanities**

From: **Cai, Evelyn** <evelyn.cai@yale.edu>
Date: Friday, February 8, 2019
Subject: YJLH Slating Reminder
To: Josh Blecher-Cohen <josh.blechercohen@gmail.com>

Happy Friday!

Thank you for all of your hard work sourceciting last week. The Board thinks that you did a fantastic job and we would love for you to take on a larger role with the journal next year. If you are interested, please send Josh and I your slating applications (i.e., resume and paragraph of interest) by **tonight**.

All best,

Evelyn

Habib Olapade

Stanford University | Class of 2017

Yale Law School | Class of 2020

Linkedin: https://www.linkedin.com/in/habib-olapade-31637b80/

Twitter: https://twitter.com/habib_olapade

Instagram: https://www.instagram.com/liftinglegally/

**Yale Journal of Law and Technology**

On Mon, Nov 26, 2018 at 6:02 PM Shao, Shili <shili.shao@yale.edu> wrote:

Hi all,

Thanks for signing up for the Thursday sourcecite! We will meet in **SLB 108 at 6pm** on Thursday and dinner will be served. Attached is the article we will be sourceciting for (please do not circulate the article as it is still unpublished) and a list of sources to be used at the sourcecite. Please remember to bring a bluebook with you (the library may have a few that you can borrow).

Look forward to seeing you all on Thursday!

Best,
Shili

**Yale Journal of Health Law Policy & Ethics**

From: **Pan, Adam** <adam.pan@yale.edu>
Date: Friday, November 30, 2018
Subject: Re: [YJHPLE] Sourcecite Sign-up!
To: "yjhple@yale.edu" <yjhple@yale.edu>

Hi everyone,

I'm down with the flu (CRISPR flu cure when) so, unfortunately, today's sourcecite will be postponed to **Tuesday, December 4**, from 6-9 PM in **Baker 118**. Apologies for holding a sourcecite on the last day of class!

Best,

Adam