From:

Habib Olapade
16160 kieth harrow blvd. Apt. 108
Houston, Texas 77084



To:
United States District Court   Att: Clerk's Office
141 Church Street
New Haven, CT 06510

Complaint, Exhibits, & Motions inside



