**From:** Habib Olapade <habib3355@outlook.com>
**Date:** Sunday, July 14, 2019 at 9:27 PM
**To:** "Gerken, Heather K." <heather.k.gerken@yale.edu>
**Subject:** Academic Disqualification Appeal

Hi Dean Gerken!

I hope this note finds you swell! Thanks for the letter you sent a few weeks ago on the disqualification issue. I spoke to Ms. Maldonado and have decided to appeal the matter with you. Here is all the evidence I have as well as an appeal letter explaining the incident. Everything on my end is explained in the letter and I have sent emails corroborating the accounts in the letter to you in advance. I look forward to hearing back from you within the next 3-4 days so I can make plans for August! Thanks and I hope you are having a great summer!

Best,

Habib


**From:** Gerken, Heather K. <heather.k.gerken@yale.edu>
**Sent:** Tuesday, July 16, 2019 4:53 PM
**To:** Habib Olapade
**Subject:** Re: Academic Disqualification Appeal

Dear Mr. Olapade,

I write to acknowledge receipt of your appeal dated July 14, 2019.  As you were informed by Assistant Dean Maldonado, the Law School's Academic Requirements regarding Grades for All Degree Students (https://bulletin.yale.edu/bulletins/law/academic-requirements-and-options#grades-for-all-degree-students) provide that "an instructor's evaluation of the quality of a student's work is final and may not be appealed, except where a student alleges that the grade resulted from discrimination based on race, sex, color, religion, national or ethnic origin, disability, or sexual orientation."

I have asked the Office for Equal Opportunity Programs to provide a representative from that office to review your appeal, and determine whether there is a basis for concluding that your failing grades resulted from discrimination.  When I have the results of that review, I will be in touch with you.

Sincerely,

Heather Gerken



Exhibit P

Heather K. Gerken
Dean and
Sol & Lillian Goldman Professor of Law
Yale Law School

127 Wall Street
New Haven CT  06511
203-432-1660

**From:** Habib Olapade <habib3355@outlook.com>
**Sent:** Monday, July 15, 2019 5:01PM
**To:** Habib Olapade
**Subject:** Re: Academic Disqualification Appeal

Wonderful! Will I receive a written report from the representative explaining the decision? Please advise. Thanks!

**From:** Gerken, Heather K. <heather.k.gerken@yale.edu>
**Sent:** Monday, July 15, 2019 9:47AM
**To:** Habib Olapade
**Subject:** Re: Academic Disqualification Appeal

Dear Mr. Olapade,

Yes, you will receive a written response from a representative of my office.  I have no further detail to provide you at this time.

Sincerely,

Heather Gerken


Heather K. Gerken
Dean and
Sol & Lillian Goldman Professor of Law
Yale Law School
127 Wall Street
New Haven CT  06511
203-432-1660