<u>Sequence One</u>
Leg press 855lbs 1x8, 1x3, 1x100 - 2 minute rest between sets
50 crunches
Seated Calf Raises 1x8 225lbs, 1x8 270lbs, 1x8 315lbs, 1x8 360 lbs - 1 minute 50 second rest between sets
50 crunches
Hammer Chest Press 585 lbs 1x8, 1x3 - 1 minute 50 second rest between sets
50 crunches
Iso-Lateral Machine 585 lbs 1x8, 1x3 - 1 minute 50 second rest between sets
50 crunches
Hex Bar Deadlift 315lbs 1x8, 405lbs 1x4, 1x1 500lbs 2 minute 15 second rest between sets
50 crunches
Back squat 1x8 405 lbs, 1x3 500 lbs 2 minute 15 second rest between sets
50 crunches
Dumbbell Shrugs 1x8 125lbs each arm, 1x3 125lbs each arm 1 minute 40 second rest between sets
50 crunches
Dumbbell Calf Raises 1x8 125lbs each arm, 1x3 125lbs each arm 1 minute 40 second rest between sets
50 crunches
Dumbbell Standing Row 1x8 125lbs each arm, 1x3 125lbs each arm 1 minute 40 second rest between sets
50 crunches
Dumbbell Good Mornings 1x8 125lbs each arm, 1x3 125lbs each arm 1 minute 40 second rest between sets
50 crunches
Farmers' Walk 2x1 125lbs each arm 1 minute 40 second rest between sets
50 crunches
Dumbbell Kettlebell swings 1x8 125lbs, 1x3 125lbs 1 minute 40 second rest between sets
50 crunches
Dumbbell Goblet Squats 1x8 125lbs each arm, 1x3 125lbs each arm 1 minute 40 second rest between sets
50 crunches
Machine Bicep Curls 2x8 90lbs on one arm, 2x8 110lbs on one arm, 2x5 130 lbs on one arm 1 minute rest between sets
50 crunches
Machine Bicep Curls 1x8 190lbs, 1x8 195 lbs, 1x8 200lbs, 1x8 205 lbs, 1x8 210 lbs, 1x5 215 lbs, 1x5 220 lbs, 1x5 lbs 225 lbs, 1x5 230 lbs 1 minute rest between sets
50 crunches
Pec Dec Machine 405 lbs 1x50 1 minute 30 second rest, 115 lbs 1x8 one arm, 130 lbs 1x8 one arm, 145lbs 1x8 one arm, 160lbs 1x8 one arm
50 crunches
Tricep Pushdown Machine 405 lbs 2x50 1 minute 30 second rest
50 crunches
Calf Raise Extension Machine 1x8 270lbs on one leg, 1x8 290lbs on one leg, 1x8 310lbs on one leg, 1x8 330lbs on one leg, 1x8 350 lbs on one leg, 1x8 370lbs on one leg, 1x8 390lbs on one leg, 1x8 410lbs on one leg 30 second rest between sets
50 crunches

Hip Abduction 1x8 90lbs on one leg, 1x8 110lbs on one leg, 1x8 130lbs on one leg, 1x8 150lbs on one leg, 1x8 170 lbs on one leg, 1x8 190lbs on one leg 30 second rest between sets
50 crunches
Barbell hip thrust 1x8 315 lbs; 1x8 405lbs, 1x8 495 lbs, 1x8 585lbs 2 minute 15 second rest between sets
50 crunches
Shoulder Delt Machine 2x50 190lbs on each arm 1 minute 30 second rest between sets
50 crunches
Cable Wrist Curls 4x50 200lbs 1 minute 30 second rest between sets
50 crunches
Reverse Cable Wrist Curls 2x50 200lbs 1 minute 30 second rest between sets
50 crunches

Sequence Two
Leg press 855lbs 1x8, 1x3, 1x100 - 2 minute rest between sets
50 crunches
Seated Calf Raises 1x8 225lbs, 1x8 270lbs, 1x8 315lbs, 1x8 360 lbs - 1 minute 50 second rest between sets
50 crunches
Iso-Lateral Machine 585 lbs 1x8, 585lbs 1x3 - 1 minute 50 second rest between sets
50 crunches
Hex Bar Deadlift 315lbs 1x8, 405lbs 1x4, 1x1 500lbs 2 minute 15 second rest between sets
50 crunches
Back squat 1x8 405 lbs, 1x3 500 lbs 2 minute 15 second rest between sets
50 crunches
Dumbbell Shrugs 1x8 125lbs each arm, 1x3 125lbs each arm 1 minute 40 second rest between sets
50 crunches
Dumbbell Calf Raises 1x8 125lbs each arm, 1x3 125lbs each arm 1 minute 40 second rest between sets
50 crunches
Dumbbell Standing Row 1x8 125lbs each arm, 1x3 125lbs each arm 1 minute 40 second rest between sets
50 crunches
Dumbbell Good Mornings 1x8 125lbs each arm, 1x3 125lbs each arm 1 minute 40 second rest between sets
50 crunches
Farmers' Walk 2x1 125lbs each arm 1 minute 40 second rest between sets
50 crunches
Dumbbell Kettlebell swings 1x8 125lbs, 1x3 125lbs 1 minute 40 second rest between sets
50 crunches
Dumbbell Goblet Squats 1x8 125lbs each arm, 1x3 125lbs each arm 1 minute 40 second rest between sets
50 crunches
Machine Bicep Curls 2x8 90lbs on one arm, 2x8 110lbs on one arm, 2x5 130 lbs on one arm 1 minute rest between sets
50 crunches

Machine Bicep Curls 1x8 190lbs, 1x8 195 lbs, 1x8 200lbs, 1x8 205 lbs, 1x8 210 lbs, 1x5 215 lbs, 1x5 220 lbs, 1x5 lbs 225 lbs, 1x5 230 lbs 1 minute rest between sets
50 crunches
Pec Dec Machine 405 lbs 1x50 1 minute 30 second rest, 115 lbs 1x8 one arm, 130 lbs 1x8 one arm, 145lbs 1x8 one arm, 160lbs 1x8 one arm
50 crunches
T-Bar Row 270lbs 1x5, 405lbs 1x3 2 minute 15 second rest
Tricep Pushdown Machine 405 lbs 2x50 1 minute 30 second rest
50 crunches
Calf Raise Extension Machine 1x8 270lbs on one leg, 1x8 290lbs on one leg, 1x8 310lbs on one leg, 1x8 330lbs on one leg, 1x8 350 lbs on one leg, 1x8 370lbs on one leg, 1x8 390lbs on one leg, 1x8 410lbs on one leg 30 second rest between sets
50 crunches
Hip Abduction 1x8 90lbs on one leg, 1x8 110lbs on one leg, 1x8 130lbs on one leg, 1x8 150lbs on one leg, 1x8 170 lbs on one leg, 1x8 190lbs on one leg 30 second rest between sets
50 crunches
Barbell hip thrust 1x8 315 lbs; 1x8 405lbs, 1x8 495 lbs, 1x8 585lbs 2 minute 15 second rest between sets
50 crunches
Shoulder Delt Machine 2x50 190lbs on each arm 1 minute 30 second rest between sets
50 crunches
Cable Wrist Curls 4x50 200lbs 1 minute 30 second rest between sets
50 crunches
Reverse Cable Wrist Curls 2x50 200lbs 1 minute 30 second rest between sets
50 crunches


Sequence Three
Leg press 855lbs 3x15, 1x100 - 2 minute rest between sets
50 crunches
One Leg Press 1x15 675lbs, 1x15 685lbs, 1x15 695lbs - 2 minute rest between sets
50 crunches
Seated Calf Raises 1x15 225lbs, 1x15 270lbs, 1x15 315lbs - 1 minute 50 second rest between sets
50 crunches
Back squat 1x15 315 lbs, 1x15 405 lbs, 1x15 455lbs 2 minute 15 second rest between sets
50 crunches
Dumbbell Shrugs 3x15 125lbs each arm 1 minute 40 second rest between sets
50 crunches
Dumbbell Seated Row 3x15 125lbs each arm 1 minute 40 second rest between sets
50 crunches
Dumbbell Good Mornings 3x15 125lbs each arm 1 minute 40 second rest between sets
50 crunches
Farmers' Walk 2x1 125lbs each arm 1 minute 40 second rest between sets
50 crunches
Machine Bicep Curls 2x8 90lbs on one arm, 2x8 110lbs on one arm, 2x5 130 lbs on one arm 1 minute rest between sets
50 crunches

Machine Bicep Curls 1x8 190lbs, 1x8 195 lbs, 1x8 200lbs, 1x8 205 lbs, 1x8 210 lbs, 1x5 215 lbs, 1x5 220 lbs, 1x5 lbs 225 lbs, 1x5 230 lbs 1 minute rest between sets
50 crunches
Pec Dec Machine 405 lbs 1x50 1 minute 30 second rest, 115 lbs 1x8 one arm, 130 lbs 1x8 one arm, 145lbs 1x8 one arm, 160lbs 1x8 one arm
50 crunches
Tricep Pushdown Machine 405 lbs 2x50 1 minute 30 second rest
50 crunches
Calf Raise Extension Machine 1x8 270lbs on one leg, 1x8 290lbs on one leg, 1x8 310lbs on one leg, 1x8 330lbs on one leg, 1x8 350 lbs on one leg, 1x8 370lbs on one leg, 1x8 390lbs on one leg, 1x8 410lbs on one leg 30 second rest between sets
50 crunches
Hip Abduction 1x8 90lbs on one leg, 1x8 110lbs on one leg, 1x8 130lbs on one leg, 1x8 150lbs on one leg, 1x8 170 lbs on one leg, 1x8 190lbs on one leg 30 second rest between sets
50 crunches
Barbell hip thrust 1x15 315 lbs; 1x15 405lbs, 1x15 495 lbs, 1x15 585lbs 2 minute 15 second rest between sets
50 crunches
Shoulder Delt Machine 2x50 190lbs on each arm 1 minute 30 second rest between sets
50 crunches
Cable Wrist Curls 6x50 200lbs 1 minute 30 second rest between sets
50 crunches
Reverse Cable Wrist Curls 3x50 200lbs 1 minute 30 second rest between sets
50 crunches

Glutes
Shoulder elevated hip thrust 2x8
Kneeling glute squat 2x8
One Leg barbell smith machine squat 2x8; 60 sec
Goblet squat 2x8; 60 secs
Cable Work Lateral + Donkey
Hip Abduction/Adduction
Chest + Arms
Pick-me up curls 2x3, 60 sec rest
Barbell Shrugs 2x8 60 sec rest
Farmers' Walk (Single and Double)
==Shoulder Cable Work==
==Weighted Pullup/Dip==
Hammer curl 2x3
Bench Press 3x6; 60 sec rest
Db Front squat
Front squat
Db upright row
Wide grip pullup
Single leg press
Db lift up
Incline Hammer Curl
Incline Inner Bicep Curl
Standing Biceps Curl
Skull crusher
Preacher Curl Machine
Abs o' Death
Weighted Crunches 200 lbs 10x50
Weighted Plank in Between Sets (45 ibs)
Ulysses 225 lbs abs work

**Sequence Two (Stretch in between Sets)**
Quads
Back squat, 2x8, 60 sec rest
Harper deadlift, 2x8, 60 sec rest
Zercher Squat
Landmine Squat
Sumo Deadlift
Rack Pull
DB Front Squat
==Bear-hug sandbag squat 2x8==
==Bb Calf Raises==

Hip Abduction/Adduction
Cable Glutes

Chest + Arms
Wrist Curl
Reverse Wrist Curl
Overhead Shoulder Press Seated 1x8; 1x3
Bent Over Row
T-Bar Row
Floor Press
Lying Triceps Extension
Weighted Pullups/Dips
Incline Hammer Curl
Incline Inner Bicep Curl
Pick-me up curls 2x3, 60 sec rest
Barbell Shrugs 2x8 60 sec rest
Farmers' Walk (Single and Double)
Dumbbell good morning 2x8
Flex curl (treat like a farmers' walk)
==Ez Bar Biceps Curl==
Standing Biceps Curl
Hammer curl 2x3
Single-Arm Linear Jamme


**Cable**
Lat Pulldown
Triceps Pulldown
Seated Cable Row
Cable Fly
Face Pull
Shotgun Row
Shoulder Lat Raise

**Machines**
Seated Calf Raises
Shoulder Pull
Shoulder Press

**Air Force Bodyweight Seal**
91 push ups consecutively
126 crunches consecutively

**Optional Supersets**
50 sit ups after each barbell and dumbbell exexcise
Single arm trap press and chest press
Single Leg Calf Press

Hip Abduction
Abs Machine
Preacher Curl Machine
Shoulder Delt Machine
All 8x14


Sequence Three (Stretch in between Sets)

Seated Leg Press 3x15
Single Leg Seated Leg Press 3x15
Side Plank 1x4
Superman Plank 1x4
Side Plank Cable Row 1x4
Weighted Plank with Leg Lift 1x4
Back squat 3x15 120 sec rest
Zercher Squat 3x15 120 sec rest
Seated Barbell Shoulder Press 3x15 120 sec rest
Kneeling Squat 3x15 120 sec rest
Barbell Shrugs 3x15 120 sec rest
Bent Over Row 3x15 120 sec rest
Reverse wrist curl 3x15
Cable reverse curl 3×15
Rack Pull 3x15 120 sec rest
Floor Press 3x15 120 sec rest
Two finger curls barbell/cable/preacher 3x15

Romanian Deadlift 3x15 (hopefully no noise)
Barbell Glute Bridge 3x15 120 sec rest
Hip Abduction/Adduction 750 lbsx1
Cable Glute Work 3x15
One Leg Smith Machine Squat 3x15

Dumbbell Shrugs 3x15
Dumbbell Row 3x15
Dumbbell Back Extensions 3×15
Dumbbell Sandbag Squat 3x15
Preacher Curl Machine 3x15
Incline Hammer Curl
Incline Inner Bicep Curl
Standing Biceps Curl
Goblet Squat 3x15
Farmer's Walk 3x15
125 lb Kettlebell swing
Ez Bar Curl 3x15
Weighted Pullup/Dip
Ez Bar Upright Row 3x15

Weighted Body Saw Plank 1x4
10 pack abs cable squeeze 3x15
Weighted Spiderman Plank 1x4

91 pushups consecutively
126 crunches consecutively
Box jumps
Abs o'death Weighted Crunches
Reverse crunches
Ulysses Hanging Leg Raises
Scorpion Tails
Toes to Bar
Cable Crunches
Cable Shoulder Raise
Cable Woodchop
31 pullups consecutively

| Abs-Circuit 4 rounds (everyday?) | |
|---|---|
| Weighted Hanging leg raises | 15 |
| Suspended 10 pack bicycle | 15 |

| | |
|---|---|
| Weighted Scorpion Tails | 3x15 |
| Decline bench sit-up | 20 (10 with 45; 100 with no weight) |
| Cable Woodchop | 15 reps (each side) |
| Weighted Plank | 1 minute |
| 10 pack abs cable pull in | 10 |
| Reverse crunches | 50 |
| Ulysses Bar Moves | 2x15; 2 min rest |
| 225 lbs abs work<br>Bowing Pushup<br>Blast Off Pushup<br>L-Sit | 2x15 |

Saturday (Days 1, 2, 4, 5, and 7)
Deadmill (run on a treadmill at the highest incline)