Hi Anthony!

I hope this note finds you swell and that you are having a delightful day! I have a quick question: I am a paying member at Payne Whitney Gym who needs to follow up with one of your staff assistants on a private matter through public channels outside the university. When I spoke to him about three days ago he told me his name was 'Frank' but for some reason he was unable to give me his last name to ensure accountability. More than that, when I followed up with New Haven Police and Yale Police regarding an incident involving a personal but ill-advised decision 'Frank' decided to take while I, like other paying members, was minding my own business at the gym, they were unable to give me his last name, a police report of the incident, and some also refused to tell me their names as well for recording keeping purposes. The fella is about 5'2, a Caucasian male with brown hair, abundant facial hair running from the ears and also covering his philtrum, looked about 150-160 pounds and was dressed in all black. Can I please have his last name and address for filing purposes? Thanks!

Best,
Habib Olapade
Stanford University | Class of 2017
Yale Law School | Class of 2020
Linkedin: https://www.linkedin.com/in/habib-olapade-31637b80/
Twitter: https://twitter.com/habib_olapade
Instagram: https://www.instagram.com/liftinglegally/



Exhibit T