from:    Habib Olapade <habibyale@gmail.com>

to:      "Diaz, Anthony" <anthony.diaz@yale.edu>

date:    Jul 11, 2019, 11:21 PM

subject: Re: Your PWG Membership

mailed-by:    gmail.com

Sure. Just to confirm - you know of no other gym members with active memberships who have violated these rules? Because I googled Payne Whitney on YouTube and there is posted film of students slamming their weights on deadlifts and MLB players of a lighter hue engaging in the same workout I did. I also have pictures of unracked weight in the center left by patrons that ostensibly didn't result in an email from you. Please advise. Thanks!



Exhibit V