To: US District Court Clerk
141 Church St. #200
New Haven, CT 06510

From: Habib Olapade
16160 Kieth Harrow Blvd. Apt. 108
Houston, Texas 77084

Exhibits
Case No. 3:19-cv-01183