# Yale OFFICE OF THE SENIOR VICE PRESIDENT
## AND GENERAL COUNSEL

PO Box 208255
New Haven CT 06520-8255
T 203 432-4949
F 203 432-7960

*courier*
Whitney Grove Square
2 Whitney Avenue, 6th Floor
New Haven CT 06510

<u>Via E-mail and/or USPS</u>

July 26, 2019

Nathan Inurria, Esq.
Farah Law
1211 Hyde Park Boulevard
Houston, TX  77006

Re:   <u>Habib Olapade</u>

Dear Mr. Inurria:

Dean Heather Gerken referred your July 24, 2019, letter to me and I write in response to Mr. Olapade's claims.

With respect to Mr. Olapade's Title IV claims, Yale Law School investigated Mr. Olapade's allegations of discriminatory statements made by his peers and determined that there was no basis for them.  Deans Ellen Cosgrove and Joseph Mensah reported the conclusions of their investigation to Mr. Olapade, who raised no further complaints to them relating to his academic experiences.

With respect to Mr. Olapade's claims of retaliation and exclusion, Mr. Olapade is currently appealing his dismissal from Yale Law School.  I will be prepared to discuss those claims with you upon the conclusion of that review.

I note that one of Mr. Olapade's demands is removal of his transcript hold.  As Ms. Maldonado informed him by email on June 17, 2019, Mr. Olapade's transcript hold will be released as soon as he completes his financial aid exit interview.  He may complete his interview online.

I will be away from the office, returning August 12th, and I will be happy to discuss this matter with you upon my return.

Sincerely,

Susan Sawyer
Senior Associate General Counsel

SS:dfg