UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HABIB OLAPADE | ) | 3:19-CV-01183 (KAD) |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| YALE LAW SCHOOL | ) | |
| *Defendant*. | ) | August 14, 2019 |

ORDER DENYING MOTION
FOR TEMPORARY RESTRAINING ORDER

Kari A. Dooley, United States District Judge

The motion for Temporary Restraining Order (ECF No. 21), requested on an ex parte basis, is DENIED. The Plaintiff has not met the standard for such extraordinary relief; did not proceed by way of affidavit or verified complaint, and nor has he provided adequate reason as to why notice to the Defendant should not be required. *See* Federal Rule of Civil Procedure 65(b). However, the Court shall convene a hearing on the Plaintiff's Request for Preliminary Injunction on Monday August 26, 2019 at 10:00 a.m., Courtroom 4 – Annex, 915 Lafayette Boulevard, Bridgeport, Connecticut. All parties shall appear.

The Plaintiff is ordered and directed to serve this Order on the Defendant Yale Law School on or before August 21, 2019.

**SO ORDERED** at Bridgeport, Connecticut, this 14th day of August 2019.

　　　　　　　　　　　　　　　　　　　　/s/ Kari A. Dooley
　　　　　　　　　　　　　　　　　　　　KARI A. DOOLEY
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE