# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. §1915

___Habib Olapoolu___,
Plaintiff(s),

v.                                   Case No. _3:19-cv-01183-KAD_

___Yale Law School___,
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C.§ 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_[signature]_
Original Signature

___Habib Olapoolu___
Name (print or type)

___16160 Kieth Harrow Blvd. Apt. 108___
Street Address

___Houston___, ___Texas___   ___77084___
City            State              Zip Code

___(832)-785-5185___
Telephone Number

Rev. 6-2-17

1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS PURSUANT TO 28 U.S.C. §1915

_Habib Olapoolu_,
Plaintiff(s),

v.                                            Case No. _3:19-cv-01183-KAD_

_Yale Law School_,
Defendant(s).

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single _✓_   Married ____   Separated ____   Divorced ____
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____   No ____
Dependents: Spouse ____   Children # ____   Others # _2_
and relationship _____
Please provide the names and ages of your children. If a child is a minor, please identify the child by initials only.
Name _____ Age _____
Name _____ Age _____
Name _____ Age _____

**RESIDENCE**
Street Address: _16160 Kieth Harrow Blvd. Apt. 108_
City: _Houston_          State: _Texas_

Rev 6-2-17

2

Zip Code: 77084        Telephone: 832-785-5185

## EDUCATION
Please circle the highest level of formal education you have received:
Grammar School  K 1 2 3 4 5 6 7 8    High School   9 10 11 12
College   1 2 3 4   Post-Graduate  (1) 2 3 4

## EMPLOYMENT
If underlined employed at present, complete the following:
Name of employer: _____
Address of employer: _____
How long employed by present employer: _____
Gross Income before taxes or other deductions:
    Monthly _____    Weekly _____

If self-employed state gross weekly wages before taxes and deductions: _____
What is the nature of your employment? _____

If unemployed at present, complete the following:
I have been unemployed since the  29th  day of  June , 2018
The name of my last employer:   Burr & foxman
Address:    420 20th St. N. #3400 Birmingham, AL
Telephone #: ( 205 ) - 251-3000
Last salary or wages received (gross amount before taxes and deductions): $6,000

If spouse is employed, please complete the following:
Name of employer: _____
How long employed: _____
Gross Income before taxes and deductions:
    Monthly _____    Weekly _____
What is the nature of spouse's employment? _____

If on welfare or receiving unemployment benefits complete the following:
I have been on welfare or receiving unemployment benefits since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____.

If receiving social security, disability or workers' compensation benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits since: _____.
I am receiving $_____ monthly _____ weekly _____.

## FINANCIAL STATUS
Owner of real property?  Yes _____  No __/__

Rev. 6-2-17

3



If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____
Owed to: _____
Total: _____ Monthly payment _____
Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile: Make _____ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____
Owed to: _____
Amount owed: _____

Cash or Securities on hand:
Cash in banks and savings and loan associations $795.73
Names and addresses of banks and associations: Wells Fargo 6790 Highway 6 N, Houston, TX 77084

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds: Fidelity Europe Mutual Fund $33.29; Fidelity Select Defense & Aerospace $2,011.25; Fidelity Select Technology $1,244.28.

**OBLIGATIONS:**
Monthly rental on house or apartment: $_____
Monthly mortgage payment on house: $_____
Gas bill per month: $_____
Electric bill per month: $_____
Phone bill per month: $_____
Car payments per month: $_____
Car insurance payments per month: $_____
Other types of insurance payments per month $_____
Monthly payments to retail merchants: $_____
  Please list: _____ $_____
  Please list: _____ $_____
Monthly payments on any other outstanding loans or debts:
  Please list: Student loans from college and law school $125,000.00
  Please list: _____ $_____

Rev 6-2-17

4

Any money owed to doctors, hospitals, lawyers
   Please list:_____ $_____
   Please list:_____ $_____
Monthly payment for maintenance or child support
under separation or dissolution agreement:    $_____
Estimated monthly expenditure on food:       $_____
Estimated monthly expenditure on clothing:   $_____

Total amount of monthly obligations:          $_____

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):
_____
_____
_____

**PREVIOUS LITIGATION:**
If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Date: 8/14/2019                      _[signature]_____
                                           **Original Signature of Affiant**

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 8/14/2019                      _[signature]_____
                                            Original Signature of Affiant

Rev. 6-2-17