# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

HABIB OLAPADE

           Plaintiff,

   v.

YALE LAW SCHOOL

           Defendant

Date: August 19, 2019

Case No: 3:19-cv-01183-KAD

## **Plaintiff's Motion For Voluntary Dismissal**

Plaintiff hereby files this Motion for Voluntary Dismissal. Plaintiff has made several efforts to serve process on Defendant but has been unable to successfully serve any of its officers or agents.

Respectfully Submitted,

Habib Olapade

16160 Keith Harrow Blvd. Apt. 108

Houston, Texas 77084

281-550-7786

habib3355@outlook.com