UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HABIB OLAPADE,<br><br>                    Plaintiff,<br><br>v.<br><br>YALE LAW SCHOOL<br><br>                    Defendant | Case No.: 3:19-cv-1183-KAD<br><br><br><br><br><br>AUGUST 28, 2019 |

**MOTION TO SEAL**

Pursuant to Rule 5(e)(4)(b) of the Local Rules of Civil Procedure for the District Court for the District of Connecticut, the defendant hereby moves to seal the plaintiff's Complaint, Exhibits N and Q to the Complaint, the Motion for Temporary Restraining Order, and the Amended Complaint. (Docket Entry Nos. 1, 6, 21, and 24.) The plaintiff's allegations were investigated and no evidence of racial discrimination was found. The plaintiff has now withdrawn his complaint, and the case is closed. However, if the Complaint, Exhibits N and Q to the Complaint, the Motion for Temporary Restraining Order, and the Amended Complaint are not sealed, these unfounded allegations against the students named will be available to the public and may damage the future professional careers of the students. Therefore, the defendant requests that the Court order the plaintiff's Complaint, Exhibits N and Q to the Complaint, the Motion for Temporary Restraining Order, and the Amended Complaint be sealed. If the Court is so inclined, the defendant will file a redacted version of the plaintiff's filings in which student names are removed.

WHEREFORE, the defendant respectfully requests that the motion to seal be granted.

                                       **THE DEFENDANT, YALE LAW SCHOOL**

                            BY:___/s/ Patrick M. Noonan (#ct00189)__
                                  Patrick M. Noonan
                                  Donahue, Durham & Noonan, P.C.
                                  741 Boston Post Road
                                  Guilford, CT 06437
                                  (203) 458-9168

## **CERTIFICATION**

     I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                          _____/s/_____
                                                  Patrick M. Noonan