UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HABIB OLAPADE,<br><br>                    Plaintiff,<br><br>v.<br><br>YALE LAW SCHOOL<br><br>                    Defendant | Case No.: 3:19-cv-1183-KAD<br><br><br><br><br><br><br><br>AUGUST 30, 2019 |

### MOTION TO SEAL

Pursuant to Rule 5(e)(4)(b) of the Local Rules of Civil Procedure for the District Court for the District of Connecticut, the defendant hereby moves to seal the plaintiff's Exhibit E to the plaintiff's Complaint and Exhibit I to the plaintiff's Motion for Temporary Restraining Order. (Docket Entry Nos. 1, 21.)  This is in addition to the documents that have already been sealed in this case including the plaintiff's Complaint, Exhibits N and Q to the Complaint, the Motion for Temporary Restraining Order, and the Amended Complaint.  The plaintiff's allegations were investigated and no evidence of racial discrimination was found.  The plaintiff has now withdrawn his complaint, and the case is closed.  However, if the Exhibit E to the Complaint and Exhibit I to the Motion for Temporary Restraining Order are not sealed, these unfounded allegations against the students named will be available to the public and may damage the future professional careers of the students.  Therefore, the defendant requests that the Court order the plaintiff's Exhibit E to Complaint and Exhibit I to the Motion for Temporary Restraining Order, in addition to the already sealed Complaint, Exhibit N and Q to the Complaint, the Motion for Temporary Restraining Order,

and the Amended Complaint, be sealed.  In accordance with the Court's previous order, the defendant will redact the sealed documents by September 5, 2019.

WHEREFORE, the defendant respectfully requests that the Motion to Seal be granted.

THE DEFENDANT, YALE LAW SCHOOL

BY:___/s/ Patrick M. Noonan (#ct00189)__
Patrick M. Noonan
Donahue, Durham & Noonan, P.C.
741 Boston Post Road
Guilford, CT 06437
(203) 458-9168

### CERTIFICATION

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan