Exhibit E

| Name | Journal Memberships | Clinics | Prizes | Pro Bono Activities | Law Related Competitions | Professor RA Positions | Total | Paper # and Pages Total | Big Law Offer? | Books Published Before or During Law School # | Ethnicity |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Yaw Anim | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | Yes | 0 | African American |
| Leke Badivuku | 1 - Cal Business Law Journal | 0 | 0 | 1 - East Bay Community Volunteer Center | 0 | 0 | 2 | | Yes | 0 | |
| David Berke | 0 | 0 | 4 | 0 | 0 | 0 | 4 | | Yes | 0 | Caucasian |
| Josh Cohen | 2 - YLJ and YJLH | 1 - SCOTUS | 0 | 1 - Civil Rights Project | 1 - LGBTQ Moot Court Finalist | 1 - Coker | 6 | | | 0 | Caucasian |
| Alex Noori | 0 | 0 | 0 | 2 - Academic Chair and Latino Law Students Association - | 0 | 0 | 2 | | | 0 | Hispanic |
| Daniel Freeman (DOJ) | 1 - YLJ | 1 - Lowenstein | 0 | 3 - Jewish Law Student Association, YLS Democrats, and ACS | 0 | 0 | 5 | | | 0 | Unknown |
| Lisa Hasday (DOJ) | 1 - YLJ | 0 | 0 | 0 | 0 | 1 - Coker | 2 | | | 0 | Caucasian |
| April Anderson (DOJ) | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | | 0 | Caucasian |
| Bill Rinner (DOJ) | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | | 0 | Caucasian |
| Carly Zubrzycki (DOJ) | 1 - JREG | 0 | 0 | 2 - YLW and POLISCI TA | 0 | 1 - Coker | 4 | | | 0 | Unknown |
| Anjail Motji (DOJ) | 2 - YLJ and YJHELP | 2 - SCOTUS and Media Info | 0 | 1 - ACS | 0 | 1 - Coker | 6 | | | 0 | Asian American |
| Judy Coleman (DOJ) | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | | 0 | Unknown |
| ▮▮▮ | 1 - YLJ | 0 | 0 | 2 - IRAP, NSG | | 3 - Kerry Fellow, Jackson Fellow, Foreign Policy Fellow | 6 | | | 0 | Asian-American |
| Eliza Simon (DOJ) | 1 - YLPR | 1 - Veterans Clinic | 0 | 1 - YLW | 0 | 0 | 3 | | | 0 | Caucasian |
| Sinarth Reddy | 1 - YJIL | | | 6 - Marshall-Brennan, ALSA, SALSA, Global Constitutionalism Seminar, Center for | 2 | 1 | 10 | | | 0 | Asian-American |

| Name | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Global Legal challenges, and Yale International Law Society | | | | | | |
| Sean Foley | 1 - YLPR | 0 | 0 | 2 - ACS and YLS Democrats | 0 | 0 | 3 | | 0 | Caucasian |
| Bradley Silverman | 2 - YLJ and YLPR | 2 - SCOTUS and Leg Advocacy | 2 | 3 - ACS, Student Rep, Political Law | 0 | 1 - Amar | 10 | | 0 | Caucasian |
| Brennon Mendez | 1 - YLPR | 1 - San Fran | 0 | 4 - Civil Rights Project, Outlaws, First Gen, and LLSA | | 2 - Eskridge and Gerken | 8 | | 0 | Hispanic |
| Eileen Zelek | 3 - YLJ, YLPR, and YJIL | 0 | 1 | 2 - LLSA and Ethics Association | 0 | 0 | 6 | | 0 | Unknown |
| Julie Garcia (DOJ) | 0 | 0 | 1 | 0 | 1 | 0 | 2 | | 0 | Unknown |
| Chris Jeu (DOJ) | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Asian-American |
| Jeff Sandberg (DOJ - Civil Appellate) | 1 - YJIL | 1 - Lowenstein Human Rights | 0 | 0 | 0 | 0 | 2 | | 0 | Caucasian |
| Tyce Walters - (DOJ Civil Appellate) (may need to request more information) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 1 - The Wine Trials | Caucasian |
| Shahar Azoulay | 1 | 2 - Capital Defense and Workers Rights Clinic | 0 | 0 | 0 | 0 | 2 | | 0 | Asian-American |
| Chris Talbot | 0 | 1 - SCOTUS | 0 | 2 - First Gen, BALSA | 0 | 2 - Schultz and torts TA | 5 | | 0 | Unknown |
| Rakim Brooks | 0 | 2 - SCOTUS and Workers Rights | 0 | 3 - First Gen, BALSA, and ACS | 1 | 0 | 6 | | 0 | African-American |
| Wajdi Mallat | 1 - YLJ | 0 | 0 | 3 - IRAP, MELSA, NSG | 0 | 0 | 4 | | 0 | Asian-American |
| Michelle Li | 2 - YLJ and YJIL | 2 - San Fran and Lowenstein | 0 | 0 | 0 | 0 | 4 | | 0 | Asian-American |
| Meng Yang | 2 - YLJ and YJIL | 1 - SCOTUS | 0 | 0 | 0 | 0 | 3 | | 0 | Asian-American |
| Youlin Yuan | 2 - YLJ and YJIL | 0 | 0 | 0 | 0 | 3 - Ackerman, Hansmann, and Walker | 5 | | 0 | Asian-American |

| Name | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Albert Pak | 2 - YLJ and YJIL | 0 | 0 | 2 - DOJ Externships | 0 | 1 - Legal Writing | 5 | | 0 | Asian-American |
| Robert Klipper | 1 - YLJ | 0 | 0 | 0 | 0 | 1 - Coker | 2 | | 0 | Caucasian |
| Julius Taranto | 2 - YLPR and YJoLT | 0 | 0 | 1 - Note | 0 | 0 | 3 | | 0 | Unknown |
| Sami Ahmed | 2 - YLJ and JREG | 0 | 0 | 0 | 0 | 0 | 2 | | 0 | Asian-American |
| Leslie Pope (may need to request more info) | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Caucasian |
| Carlton Forbes | 2 - YLJ and YJIL | 1 - Human Rights Clinic | 0 | 1 - Global Legal Challenges | 0 | 0 | 4 | | 0 | African-American |
| Victor Chang | 1 - YLJ | 1 - Non-profits | 0 | 0 | 0 | 0 | 2 | | 0 | Asian-American |
| Alex Potapov | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Caucasian |
| Ben Cassady | 1 - YLPR | 1 - SCOTUS | 0 | 0 | 0 | 0 | 2 | | 0 | Caucasian |
| Ariel Dobkin | 1 - YLJ | 0 | 0 | 1 - Yale Law and Technology Society | 0 | 0 | 2 | Yes | 0 | Caucasian |
| Rhea Francis | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | Yes | 0 | Unknown |
| Kathleen Cluassen (Miami Law) | 2 - YJIL and YLJ | 0 | 1 | 0 | 0 | 1 - International Dispute Resolution | 4 | | 0 | Caucasian |
| Sergio Campos (Miami Law) | 2 - YLJ and JREG | 0 | 0 | 0 | 0 | 0 | 2 | | 0 | Hispanic |
| Charlton Copeland (Miami Law) | 1 - YLPR | 0 | 0 | 0 | 0 | 1 - Ackerman | 2 | | 0 | African-American |
| Michael Froomkin (Miami Law) | 2 - YLJ and YJIL | 0 | 0 | 0 | 0 | 0 | 2 | | 0 | Caucasian |
| Jonel Newman (Miami Law) | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Unknown |
| Janet Stearns (Miami Law) | 0 | 0 | 2 | 0 | 0 | 0 | 2 | | 0 | Caucasian |
| Kathryn Abrams (Cal Law) | 1 - YLJ | 0 | 0 | 0 | 0 | 1- Nathan Maggs Fellowship | 2 | | 0 | Caucasian |
| Famous Alumni - YLS, HLS, SLS, Columbia, Chicago (after three years not two) | | | | | | | | | | |
| Cory Booker - U.S. Senator from New Jersey | 0 | 1 - Low Income Clinic | 0 | 3 - Big Brothers and Sisters, BALSA, Shabtai | 0 | 0 | 4 | | 0 | African-American |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| John Bolton - National Security Advisor | 1 - YLJ | 0 | 0 | 1 - Lux Et Veritas | 0 | 0 | 2 | | 0 | Caucasian |
| Chris Coons - U.S. Senator from Delaware | 0 | 0 | 0 | 1 - I Have A Dream Foundation | 0 | 0 | 1 | | 0 | Caucasian |
| Josh Hawley - U.S. Senator from Missouri | 2 - YLJ and YLPR | 0 | 0 | 1- Fed Soc | 0 | 0 | 3 | | 1 | Caucasian |
| Richard Blumenthal - U.S. Senator from Connecticut | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Caucasian |
| Michael Bennett - U.S. Senator from Colorado | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Caucasian |
| Mel Watt - U.S. Representative from North Carolina | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | African-American |
| Gina Raimondo - Governor of Rhode Island | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | Caucasian |
| Ro Khanna - U.S. Representative from California | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | Asian-American |
| Michael Mukasey - U.S. Attorney General | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Caucasian |
| Neal Katyal - U.S. Solicitor General (Acting) | 1 - YLJ | 0 | 1 | 1 - TRO | 1 | Unknown | 4 | | 0 | Asian-American |
| Seth Waxman - U.S. Solicitor General | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Caucasian |
| Walter Dellinger - OLC Assistant AG | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Caucasian |
| Alex Azar - HHS Secretary | 1 - YLJ | 0 | 0 | 0 | 0 | Unknown | 1 | | 0 | Caucasian |
| Pat Robertson - Former POTUS campaign | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | Caucasian |
| George Conway - WLRK Partner | 1 - YLJ | 0 | 0 | 1 - Fed soc | 0 | 0 | 2 | | 0 | Asian American |

| Name | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brett Kavanaugh - SCOTUS Justice | 1 - YLJ | 0 | 0 | 2 - Fed Soc, YLS Basketball | 0 | 0 | 3 | | | 0 | Caucasian |
| Sonia Sotomayor - SCOTUS Justice | 1 - YLJ | 0 | 0 | 1 - Yale studies in World Public Order | 1 | 0 | 3 | | | 0 | Hispanic |
| Bill Clinton - POTUS (may need to request more information) | 0 | 0 | 0 | 2 - McGovern and Duffy Campaign | 0 | 0 | 2 | | | 0 | Caucasian |
| John Bryson - Commerce Secretary (may need to request more information) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | Caucasian |
| Lloyd Cutler (White House Counsel) (may need to look through public papers) | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | Caucasian |
| Chris Wray (FBI Director) | 1 - YLJ | 0 | 0 | 0 | 0 | 1 - Steven Carter | 2 | | | 0 | Caucasian |
| David Boies (BS Managing Partner) (may need to request more info) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | Caucasian |
| Jerry Brown - California Governor (may need to request more info) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | Caucasian |
| David Lat - Above The Law Founder | 1 - YLJ | 1 - Landlord-Tenant | 0 | 1 - Fed soc | 1 - Morris Tyler | 0 | 4 | | | 0 | Asian-American |
| Van Jones - CNN Anchor (may need to request more information) | 0 | 0 | 0 | 1 - Rodney King LCCR Team | 0 | 0 | 1 | | | 0 | African-American |
| Jimmy Blacklock - SCOTX Justice (may need to request more information) | 0 | 0 | 0 | 2 - Fed Soc, YLS Republicans | 0 | 0 | 2 | | | 0 | Caucasian |

| Name | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Leondra Kruger - SCOCA Justice (for sure need to request more information) | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Unknown |
| Tino Cuellar - SCOCA Justice (for sure need to request more information) | 0 | 0 | 2- CT Bar Foundation Scholarship, YLS Elliot Scholarship | 0 | 0 | 0 | 2 | | 0 | Hispanic |
| Eric Biber (Cal Law) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | Caucasian |
| Prasad Krishnamurthy (Cal Law) | 1- YLJ | 0 | 0 | 0 | 0 | 1 - Rebubenhausen Fellowship | 2 | | 0 | Asian-American |
| Chris Kutz (Cal Law) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | Caucasian |
| Rob Merges (Cal Law) | 0 | 0 | 0 | 0 | 0 | 3 - Coker, Aley Scholarship, and Wells Fellow | 3 | | 0 | Caucasian |
| Avani Sood (Cal Law) | 1 - YLJ | 2 - New Haven and Lowenstein | 0 | 0 | 0 | 1 - Bernstein International Human Rights | 4 | | 0 | Asian-American |
| Paul Schwartz (Cal Law) | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Caucasian |
| Frederick Abbot (FSU Law) (may need to request more information) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | Caucasian |
| Pam Samuelson (Cal Law) (may need to request more information) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | Caucasian |
| Robert Atkinson (FSU Law) | 0 | 0 | 0 | 0 | 0 | 1 - Reismann | 1 | | 0 | Caucasian |
| Courtney Cahill (FSU Law) | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Caucasian |
| Jonathan Meltzer (Bristow) | 1 - YLJ | 0 | 0 | 0 | 0 | 1 - Coker | 2 | | 0 | Caucasian |
| Michael Chung (Kirkland) | 1 - YJIL | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | Asian-American |
| Evan Turnage (Kirkland) | 1 - YJoLT | 0 | 0 | 0 | 0 | 1 - GS Scholar | 2 | | 0 | African-American |
| Nicolas Thompson (Kirkland) | 1 - YLJ | 0 | 0 | 0 | 0 | 1 - Olin Fellowship | 2 | | 0 | Caucasian |

| Name | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Romain Dambre (Kirkland) | 1 - JREG | 0 | 0 | 1 - Student Representative | 0 | 1 - YLS Scholarship | 3 | | | 0 | Caucasian |
| Tara Rhoades (Kirkland) | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | | 0 | Unknown |
| Amanda Elbogen (Kirkland) | 1 - YJIL | 0 | 0 | 0 | 0 | 1 - Coker | 2 | | | 0 | Caucasian |
| Bryan McGee | 1 - YJoLT | 0 | 0 | 0 | 0 | 2 - TA and Liman Fellow | 3 | | | 0 | Caucasian |
| Joseph Sanderson (Kirkland) | 2 - YLPR and JREG | 0 | 0 | 2 - TRO and CAP | 2 | 1 | 7 | | | 0 | Caucasian |
| Jason Williams (Kirkland) | 0 | 0 | 0 | 0 | 0 | 1 - Olin Fellowship | 1 | | | 0 | Caucasian |
| Professors Who Graduated From The Law School (after three years not two) | | | | | | | | | | | |
| Ben Eidelson - HLS | 1 - YLJ | 1 | 4 | 0 | 0 | 0 | 6 | | | | Caucasian |
| Steve Valdeck - UT | 3 - YLJ, YJIL, YHRD | 1 | 2 | 0 | 1 | 2 | 9 | | | | Caucasian |
| Joey Fishkin - UT | 2 - YLJ, YJLH | 2 - Legislative Advoicacy, Income Tax Assitance | 0 | 1 - ACS President | 0 | 0 | 5 | | | | Caucasain |
| Caleb Nelson - UVA | 1 - YLJ | 0 | 3 | 0 | 0 | 0 | 4 | | | 0 | Caucasian |
| Joe Blocher - Duke | 3 - YLJ, YLPR, YHRD | 0 | 0 | 1 - Jerome Frank Legal Services Organization | 0 | 0 | 4 | | | 0 | Caucasian |
| Steve Sachs - Duke | 2 - YLJ and YLPR | 0 | 2 | 0 | 0 | 0 | 4 | | | 0 | Caucasian |
| Jeff Powell - Duke (May Need To Request Info) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | Caucasian |
| Bill Treanor - Georgetown (May Need To Request Info) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | Caucasian |
| Marty Lederman - Georgetown (May Need To Request Info) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | Caucasian |
| Renee Lerner - GW | 2 - YLJ and JREG | 0 | 2 | TRO | 0 | 0 | 5 | | | 0 | Caucasian |

| Name | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lisa Ouellette - Stanford | 1 - YLJ | 0 | 1 | 0 | 0 | 1 - Coker | 3 | | | 0 | Caucasian |
| Daniel Ho - Stanford | 2 - YLJ and YJIL | 0 | 1 | 1 - Asian American Law Students Association | 0 | 1 - Olin Fellowship | 5 | | | 0 | Asian-American |
| Phil Hamburger - Columbia | 0 | 0 | 2 | 0 | 0 | 0 | 2 | | | 0 | Caucasian |
| Kenji Yoshino - NYU (may need to request more information) | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | | 0 | Asian-American |
| Erin Biel (Covington) | 1 - YJIL | 0 | 1 | 0 | 0 | 0 | 2 | | | 0 | Caucasian |
| Nikki Singh (Covington) | 0 | 0 | 0 | 1- Morris Tyler | 0 | 0 | 1 | | | 0 | Asian-American |
| Ligia Markman (Covington) | 2 - YJIL and YJHRD | 0 | 0 | 0 | 0 | 0 | 2 | | | 0 | Unknown |
| Christian Mott (Covington) | 0 | 1 - Mortgage Clinic | 0 | 0 | 0 | 0 | 1 | | | 0 | Caucasian |
| Rachel Snidow (Covington) | 1 - YLPR | 0 | 0 | 0 | 0 | 1 - Contracts | 2 | | | 0 | Caucasian |
| Daniel Ruldolph (Covington) | 1 - YLJ | 2 - San Francisco and Landlord | 0 | 0 | 0 | 0 | 3 | | | 0 | Caucasian |
| Matt Hegreness (Covington) | 2 - YLJ and YLHLPE | 1 - SCOTUS | 3 | 0 | 0 | 0 | 6 | | | 0 | Caucasian |
| Tina Thomas (Covington) | 0 | 3 - Workers Rights, San Francisco, and Criminal Justice | 0 | 0 | 0 | 1 - Civil Procedure | 4 | | | 0 | African-American |
| Liza Khan (Covington) | 2 - YLPR and JREG | 0 | 0 | 0 | 0 | 1 - Poli Sci | 3 | | | 0 | Asian-American |
| Henry Liu (Covington) | 1 - YLJ | 0 | 0 | 0 | 1 | 0 | 2 | | | 0 | Asian-American |
| Julia Brower (Covington) | 0 | 0 | 1 | 0 | 0 | 1- Human rights Fellow | 2 | | | 0 | Caucasian |
| Jeremey Newell (Covington) | 1- YLR | 0 | 0 | 0 | 0 | 0 | 1 | | | 0 | Caucasian |
| Phil Axt | 1- YJoLT | 0 | 0 | 2 - Fed Soc and Vets Association | 0 | 0 | 3 | | | 0 | Caucasian |
| Dimitri Millas (Norton) | 2 - YJIL and YLPR | 0 | 0 | 0 | 0 | 0 | 2 | | | 0 | Caucasian |
| Tiffany Van (Sidley) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | Asian-American |
| Grant Martinez (Yetter) (Stanford Undergrad) | 1 - YLJ | 2- SCOTUS and National Security | 0 | 2 - YLBS and Latino | 0 | 0 | 5 | | | 0 | Hispanic |

| Name | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nic Marias (Keker) | 0 | 0 | 1 | 0 | 1 | 1 - Knight Media | 3 | | | 0 | Caucasian |
| Sean Arenson (Keker) | 2 - YLJ and YJHLPE | 0 | 0 | 1 - YHLPS | 0 | 0 | 3 | | | 0 | Caucasian |
| Anjali Srinivasan (Keker) | 1 - YLPR | 0 | 0 | 1 - YLW | 0 | 0 | 2 | | | 0 | Asian-American |
| Erin Meyer (Keker) | 0 | 2 - Domestic Violence and Immigrant Rights | 0 | 0 | 0 | 0 | 2 | | | 0 | Unknown |
| Victor Yu (Keker) | 1 - JREG | 0 | 0 | 0 | 0 | 1 | 2 | | | 0 | Asian-American |
| Svilen Karaivanov (Google) | 1 - YJIL | 0 | 0 | 0 | 0 | 0 | 1 | | | 0 | Caucasian |
| Nick McLean (Cades) | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | | 0 | Caucasian |
| Katrin Marquez | 1 - YLPR | 0 | 0 | 1- Fed Soc | 0 | 2 - Coker and Knight Media | 4 | | | 0 | Hispanic |
| Jack Boeglin (Covington - London) | 1 - YLJ | 0 | 1 | 0 | 0 | 0 | 2 | | | 0 | Caucasian |
| Ryan Watzel (OLC) | 2 - YLJ and JREG | 1 - SCOTUS | 1 | 0 | 1 | 0 | 5 | | | 0 | Caucasian |
| Andy Tutt (OLC) | 1 - YLJ | 0 | 0 | 0 | 2 | 0 | 3 | | | 0 | Caucasian |
| Habib Olapade | 6 | 0 | 0 | 17 | 4 | 6 | 33 | | | 3 | African-American |
| John Reynolds III (Davis Polk) | 1 - YJIL | 0 | 0 | 0 | 0 | 0 | 1 | | | 0 | Caucasian |
| Ida Araya-Brumskine (Davis Polk) | 3- YJIL, JREG, YLJ | 0 | 0 | 0 | 0 | 0 | 3 | | | 0 | African-American |
| Nina R. Assouline (Davis Polk) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | Caucasian |
| Peter M. Bozzo (Davis Polk) | 1 - YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | | 0 | Caucasian |
| Gina Cora (Davis Polk) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | Caucasian |
| Erica James (Davis Polk) | 1 - YLPR | 0 | 0 | 0 | 0 | 0 | 1 | | | 0 | Caucasian |
| Elizabeth King (Davis Polk) | 2 - YJIL and YLPR | 0 | 0 | 0 | 0 | 0 | 2 | | | 0 | Asian-American |
| Deborah K. Klein (Davis Polk) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | Caucasian |

| Name | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Emma Larson (Davis Polk) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | Caucasian |
| Alexa B. Lutchen (Davis Polk) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | Unknown |
| Lauren Blas (Gibson - Appellate) | 1- JREG | 0 | 0 | 0 | 0 | 2 - Civ Pro and Legal Writing | 3 | | 0 | Caucasian |
| Kathyrn Cherry (Gibson Dunn - Appellate) | 1 - YLJ | 1 - SCOTUS | 1 | 0 | 0 | 0 | 3 | | 0 | African-American |
| Alex Gesch (Gibson Dunn - Appellate) | 1 - JREG | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Caucasian |
| Grace Hart (Gibson Dunn - Appellate) | 1- YLJ | 0 | 1 | 0 | 0 | 0 | 2 | | 0 | Unknown |
| Pat Hayden (Gibson Dunn - Appellate) | 1- YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Caucasian |
| Eli Lazarus (Gibson Dunn - Appellate) (Stanford Undergrad) | 1- JREG | 0 | 0 | 2 | 0 | 0 | 3 | | 0 | Caucasian |
| Bill Moccia (Gibson Dunn - Appellate) | 1 -YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Unknown |
| Maya Nuland (Gibson Dunn - Appellate) | 1 - YLHLPE | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Unknown |
| Lochlan F. Shelfer (Gibson Dunn - Appellate) | 1 - YLJ | 0 | 2 | 0 | 0 | 0 | 3 | | 0 | Caucasian |
| Jonathan N. Soleimani (Gibson Dunn - Appellate) | 1 - YLPR | 2 - IPS and San Francisco | 0 | 0 | 0 | 0 | 3 | | 0 | Asian-American |
| Connor S. Sullivan (Gibson Dunn - Appellate) | 2 - YLJ and JREG | 1 - SCOTUS | 1 | 0 | 1 | 0 | 5 | | 0 | Caucasian |
| Allison K. Turbiville (Gibson Dunn - Appellate) | 1 - YLJ | 1-SCOTUS | 1 | 0 | 0 | 1-Coker | 4 | | | |
| James Dawson (Jenner - Appellate) | 2- YLPR and YLJ | 2- San Francisco and SCOTUS | 2 | 0 | 0 | 0 | 6 | | 0 | Caucasian |

| Name | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lauren Hartz (Jenner - Appellate) | 0 | 0 | 0 | 1- YLW | 0 | 1-Coker | 2 | | | 0 | Caucasian |
| Tassity Johnson (Jenner- Appellate) | 1- YJLF | 1- Immigration | 1 | 0 | 0 | 0 | 3 | | | 0 | African-American |
| Alex Holtzman (Boies - Appellate) (Stanford Undergrad) | 2- YLPR ands JREG | 0 | 1 | 1- Election Law Confrence | 0 | 1-Coker | 5 | | | 0 | Caucasian |
| Mario O. Gazzola (Boies - Appellate) | 1- YLJ | 0 | 1 | 0 | 0 | 0 | 2 | | | 0 | Caucasian |
| Sam Kleiner (Boies - Appellate) | 1-YJIL | 0 | 0 | 1-NSG | 0 | 1-Coker | 3 | | | 0 | Caucasian |
| David Simons (Boies - Appellate) | 2-YLJ and YJHRD | 0 | 1 | 0 | 1 | 0 | 4 | | | 0 | Caucasian |
| Josh Stein (Boies - Appellate) | 1- YJLH | 0 | 0 | 1-LLSA | 0 | 0 | 2 | | | 0 | Hispanic |
| Sam Ungar (Appellate) | 2-JREG and YLPR | 0 | 0 | 1-YISPS | 0 | 0 | 3 | | | 0 | Unknown |
| Alexa Andya (Stanford Undergrad) | 2-YJIL and YLJ | 0 | 0 | 2-IRAP and AALSA | 0 | 3 | 7 | | | 0 | Asian-American |
| Destiny Lopez (Stanford Undergrad) | 0 | 0 | 0 | 2-Fip and LLSA | 0 | 0 | 2 | | | 0 | Hispanic |
| Marcus Smith (Stanford Undergrad) | 3-YLJ, YLPR, and YJLH | 0 | 0 | 0 | 0 | 0 | 3 | | | 0 | African-American |
| Marissa Choy (Stanford Undergrad) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | Asian-American |
| J. D. Vance | 1-YLJ | 1-Veterans | 0 | 1-Veterans Association | 0 | 2 | 5 | | | 1-Eligy | Caucasian |
| ███████ | 1-YLJ | 1-Domestic Violence | 0 | 2-First Generation and Asylum Seeker | 0 | 1-Hathaway | 5 | | | 0 | Caucasian |
| Adam Adler (Stanford Undergrad) | 2-YLJ and YJoLT | 0 | 1 | 0 | 2 | 0 | 5 | | | 0 | Caucasian |
| Arielle Humphries (Stanford Undergrad) | 0 | 3-Veterans, CAP, Lowenstein | 1 | 3-IRAP, TRO and BLSA | 1 | 0 | 8 | | | 0 | African-American |
| Johanna Kalb (Loyola Law) | 2-YJIL and YJHRD | 4-National Security, | 0 | 0 | 0 | 0 | 6 | | | 0 | Caucasian |

| Name | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (Stanford Undergrad) | | Complex Fed, Advance Criminal, and Hamdan | | | | | | | | |
| Julia Spiegel (Stanford Undergrad) (May need to request more info) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | Caucasian |
| William Baude | 1-YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | 0 | Caucasian |
| Michelle Mello (Stanford Law) (Stanford undergrad) (May need to request more information) | 3-YLJ, JREG, YJHELP | 0 | 0 | 0 | 0 | 0 | 3 | | 0 | Unknown |
| Rebecca C. Freeland (Stanford Undergrad) (May need to request more information) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | Caucasian |
| Rakesh K. Anand (Stanford Undergrad) (May need to request more information) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 | Asian-American |
| Matt Brewer (Stanford Undergrad) | 1-YLPR | 0 | 0 | 1-BLSA | 0 | 0 | 2 | | 0 | African-American |
| Jeff Lee (Stanford Undergrad) | 3-YLJ, JREG, YJIL | 0 | 0 | 1-Admissions Office | 0 | 0 | 4 | | 0 | Asian-American |
| Sai Prakash (Stanford Undergrad) | 1-YLJ | 0 | 0 | 2-Moot Court and Olin Fellow | 0 | 1-Koh | 4 | | 0 | Asian-American |
| Hayden Rodarte (Stanford Undergrad) | 2-YJIL and YHRDJ | 0 | 0 | 5-Outlaws, LLSA, First Gen, IRAP, Lowenstein | 0 | 1-Global Justice Fellowship | 8 | | 0 | Hispanic |
| Delbert Tran | 1-YJoTL | 1-IRAP | 0 | 3-First Generation, AALSA, Asylum Seeker | 0 | 0 | 5 | | 0 | Caucasian |
| Cecilia Cheng | 2-YLJ and JREG | 0 | 0 | 1-YLW | 0 | 1-Coker | 4 | | 0 | Asian-American |

| Name | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Megan Wachspress | 2-YLJ and YJLH | 0 | 0 | 4-IRAP, CAP, Rebel Conf., ACS | 0 | 1-legal history Fellowship | 7 | | | 0 | Caucasian |
| Andrew Walchuk | 1-YJIL | 2-Lowenstein and San Francisco | 0 | 2-IRAP and Asylum Seeker | 0 | 0 | 5 | | | 0 | Caucasian |
| Mike Knobler | 1-YLJ | 0 | 0 | 0 | 0 | 2-Information Society and Knight Media | 3 | | | 0 | Caucasian |
| Kris Kobach | 1-YLJ | 0 | 0 | 0 | 0 | 0 | 1 | | | 2 | Caucasian |
| Sunsan Sawyer (lawyer representing YLS) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | 0 | Caucasian |