**VIS International Commercial Arbitration Moot Court**

From: **Liu, Lawrence** <lawrence.liu@yale.edu>
Date: Thursday, January 17, 2019
Subject: Re: VIS Doc
To: Habib Olapade <habibyale@gmail.com>
Cc: 

Just read through our draft section (https://docs.google.com/document/d/1GJXIp5xln9Gb_faBNWosOE4iLV9bWaxE4YhnufW28FQ/edit?usp=sharing) a few more times, and I think it's just about there! Please do read through it again and make any updates tonight if you can!

--

**Lawrence J. Liu | 刘宗凡**
JD Candidate, Yale Law School
PhD Student, Jurisprudence & Social Policy, UC Berkeley
(972) 849-1134

On Jan 16, 2019, at 5:10 PM, Liu, Lawrence <lawrence.liu@yale.edu> wrote:

For next steps, maybe we could all read through what's in the draft Google doc and make any changes we need to make so it's ready to hand off to Isa and Styna when they read it tomorrow? (and Habib, feel free to integrate the good research you did as well!)

Thanks y'all!

Lawrence

--

**Lawrence J. Liu | 刘宗凡**
JD Candidate, Yale Law School
PhD Student, Jurisprudence & Social Policy, UC Berkeley
(972) 849-1134

On Jan 16, 2019, at 5:05 PM, Lawrence Liu <lawrence.liu@yale.edu> wrote:

Exhibit N

Thank Habib!

**Lawrence J. Liu | 刘宗凡**
JD Candidate, Yale Law School
PhD Student, Jurisprudence & Social Policy, UC Berkeley
(972) 849-1134

**Transactional Law Competition**

From: **Dele Dare, Temi** <temi.dele-dare@yale.edu>
Date: Tuesday, February 5, 2019
Subject: TRANSACTIONAL LAW COMPETITION
To: "anniejw6@gmail.com" <anniejw6@gmail.com>, "Jerry, Ruel" <ruel.jerry@yale.edu>, "Olapade, Habib" <habib.olapade@yale.edu>, "Cai, Evelyn" <evelyn.cai@yale.edu>, "Zhao, Wenqing" <wenqing.zhao@yale.edu>, "Akesseh, Solomon" <solomon.akesseh@yale.edu>, "Bushinski, Mik" <mik.bushinski@yale.edu>, "Wang, Melody" <melody.wang@yale.edu>, "Allan, Elizabeth" <elizabeth.allan@yale.edu>, "Kleinpeter-Ross, Adair" <adair.kleinpeter.ross@yale.edu>, "Healy, Paul" <paul.healy@yale.edu>, "Hood, Tristan" <tristan.hood@yale.edu>, "Preston, Sam" <samuel.preston@yale.edu>, "Chang, Damien" <damien.chang@yale.edu>

Hi All,

I believe I got everyone on this email; I might have one or two extra that are not participating, so let me know and I'll take you off the email thread. Anyways, if I haven't heard from you already, please let me know if you have in mind a specific individual you would like to work with and I'll take that into consideration when I send the teams and the rest of the materials—hopefully tomorrow.

Best,

Temi

**Morris Tyler Moot Court**

**From:** Turk, Sara
**Sent:** Wednesday, September 26, 2018 9:06:13 PM
**To:** Olapade, Habib
**Subject:** Exchanging Briefs?

Hi Habib,

I don't think we've ever officially met, but we are paired for moot. I'm not home now, but was thinking we could exchange briefs later this evening if that's okay with you? Looking forward to it!

Sincerely,

Sara Turk
Yale Law School | J.D. Candidate, 2020
Sara.turk@yale.edu | 949.375.4586
**From:** Olapade, Habib
**Sent:** Wednesday, September 26, 2018 5:14:59 PM
**To:** Turk, Sara
**Subject:** Re: Exchanging Briefs?

Hi Sara!

I hope this note finds you well and thanks for reaching out! Maybe its just me, but your name definitely soundsfamiliar. Anyway, per your request, here is my brief! Also, if you want to do a practice moot before the OA, I would be more than happy to join! Have a lovely evening!

It's almost Friday!

Habib
On Thu, Sep 27, 2018 at 12:53 PM Turk, Sara <sara.turk@yale.edu> wrote:
Hi Habib,

Thanks so much for the nice note! I am so sorry I didn't get my brief to you last night. I got home super late and just now sat down at my computer. My sincerest apologies. Attached please find my brief! I would definitely be down to do a practice oral argument before!

Sara Turk
Yale Law School | J.D. Candidate, 2020
Sara.turk@yale.edu | 949.375.4586
---------- Forwarded message ---------
From: **Habib Olapade** <habibyale@gmail.com>
Date: Thu, Sep 27, 2018 at 11:57 AM
Subject: Re: Exchanging Briefs?
To: <sara.turk@yale.edu>


Thanks, Sara! Don't sweat it - I was up until midnight too...Anyway, is there a practice OA time that works for you?

Hide message history

## ABA Moot Court



On March 1 and March 2, 2018, Meenakshi Krishnan '18 and Habib Olapade '20 won the Tenth Annual First Amendment and Media Law Moot Court Competition, held by the ABA Forum on Communication Law in Napa Valley, California. In the final round before a three-judge panel—Judge James E. Graves, Jr. of the Fifth Circuit, Judge Richard Clifton of the Ninth Circuit, and Judge Diane Johnsen of the Arizona Court of Appeals—Krishnan and Olapade were named the Winning Team, and Krishnan was awarded Best Oralist.