

From: Olapade, Habib

Sent: Tuesday, November 7, 2017 10:09 PM

To: Cosgrove, Ellen

Subject: Re: Question

I thought ABA rules set a hard cap on the percentage of classes I could miss. I tried to do this with Michael McConnell back during undergrad and that is what he told me.

In any event, I should not be forced to forgo class and listen to recordings out of doors because of a racially hostile learning environment. The short of the matter is that for the last few weeks several of my classmates have been directing racist comments towards me in front of others with impunity. While this behavior abated recently, an incident on Monday finally convinced me to come forward. Here are a few illustrative examples (believe me there are many more.) And tomorrow I am reporting every single one of them to the New Haven Police downtown as hate crimes under C.G.S.A. 53-37. Enough is enough.

On October 31, ▇▇▇▇▇ told me "go back to Africa" and that my ancestors were fortunate to "escape poverty there." I am not from Africa. As a matter of fact, I was born and raised in Katy, Texas. I have never traveled abroad much less gone to Africa. Even though I have told ▇▇ and others this, they have continued to tell me to go back to a continent that I am not from. I sincerely doubt these comments would be directed at me if my name were 'Jack Doe' or something roughly analogous to that.

On October 10, ▇▇▇▇▇ told me "the white race is the superior race" and that this was the "natural order of things." I think this comment speaks for itself.

During the second and third weeks of October, several students from my contracts and torts class sought me out, publicly ridiculed my father's credit history, and then attributed his financial shortcomings to me (apparently, they had nothing better to do with their time than (1) find out who my father was and (2) dig into his private life). This was borderline psychotic. I have not seen my father in ten years, which makes it rather illogical to fault me for his actions. These same individuals also made fun of the fact that my mother raised my brother and I by her lonesome. Aside from lacking any sense of decency whatsoever, this disclosure was also a gross violation of my privacy and customary behavioral expectations. While this comment was race-neutral, given these other comments, and that fact that many of these people have also heard them and more or less agreed with others' remarks in this email, it's impossible to read these remarks as anything but a reflection of racial animus. I am also having my phone checked for malware.

On November 6, several students in my civil procedure class told me that I was a convicted felon and that it "was illegal for me to possess a firearm." I have never had a protracted encounter with police in my life much less been indicted for a crime. I also do not own a firearm. While I do support

2nd amendment rights, it does not follow that I own a weapon. This is the equivalent of saying that every same sex marriage supporter is LGBTQ. While this comment was race-neutral, given these other comments, and that fact that many of these people have also heard them and more or less agreed with others' remarks in this email, it's impossible to read these remarks as anything but a reflection of racial animus. These same remarks have also been hurled at me during my fifth hour LRW class. Indeed, ▓▓▓▓▓▓, one LRW student, referred to me as Anthony Powers, a fictional ex-convict with a high school education. The only thing I have in common with this man is the color of my skin – but some of my peers can't seem to move past that fact.

On November 6, again, ▓▓▓▓▓▓ told me that "I lacked the capacity for law school curriculum" and that I was "illiterate." I hold a bachelor of arts degree from Stanford. I was in the top three percent of my class and had a 4.0. But more importantly, during college, I took over fifteen law school courses and outperformed law school students in many of them. I was already taking law school courses three years before this guy even picked up a casebook and I have the transcript to prove this. Where does he get off saying garbage like this? But again, given these other comments, race probably has something to do with it. These same remarks have also been hurled at me during my fifth hour LRW class.

On October 5, ▓▓▓▓▓▓ and ▓▓▓▓▓▓ both expressed their displeasure that I was commenting excessively in classes. Here's the catch: up to that point I had remained rather quiet in most of my class except constitutional law and only gave one comment per session. This fact is significant because other students (who were not African-American) were commenting at higher rates but no displeasure was being directed towards them. When I refused to stop giving one comment per four classes, the harassment intensified and has come to head now that I am participating at levels similar to non-African-American peers. ▓▓▓▓▓▓ has also express reservations about being in the same classroom as me because she is "afraid of being robbed." Others have expressed similar fears of bodily harm. With regards to most of these folks, I have never even said more than four sentences to them much less attempted to engage them outside or inside class. Some of these individuals have never even been in the same room as me. Yet, my very presence at this school troubles them. Again, while these comments and fears are race neutral, in this context, they are anything but that.

I am not obliged to deal with this nonsense. I would prefer to go to class tomorrow but, in an ideal situation, only if it can be recorded or if I can have an independent observer to sit in on the class. Please advise.