UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HABIB OLAPADE,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>YALE LAW SCHOOL<br><br>　　　　　　　Defendant | Case No.: 3:19-cv-1183-KAD<br><br><br><br><br><br>SEPTEMBER 3, 2019 |

## NOTICE OF FILING OF REDACTED PLEADINGS AND EXHIBITS

Pursuant to the Court's orders, the defendant has filed redacted versions of the following plaintiff's pleadings and exhibits: the Complaint, Exhibit E to the Complaint, Exhibit N to the Complaint, Exhibit Q to the Complaint, the Motion for Temporary Restraining Order, Exhibit I to the Motion for Temporary Restraining Order, and the Amended Complaint.  (Docket Entry Nos. 30, 32).

　　　　　　　　　　　　　　　　THE DEFENDANT, YALE LAW SCHOOL


　　　　　　　　　　　　　　BY:___/s/ Patrick M. Noonan (#ct00189)__
　　　　　　　　　　　　　　　　Patrick M. Noonan
　　　　　　　　　　　　　　　　Donahue, Durham & Noonan, P.C.
　　　　　　　　　　　　　　　　741 Boston Post Road
　　　　　　　　　　　　　　　　Guilford, CT 06437
　　　　　　　　　　　　　　　　(203) 458-9168

## **CERTIFICATION**

I hereby certify that, on the above-written date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____/s/_____
Patrick M. Noonan